**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UPROOT LINT, LLC, | Case No. 22-cv-4925 |
| Plaintiff, | **Judge Jorge L. Alonso** |
| v. | **Magistrate Gabriel A. Fuentes** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Uproot Lint, LLC ("Uproot") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Uproot's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Uproot has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Uproot's federally registered trademarks (the "Uproot Trademarks") to residents of Illinois. In this case, Uproot has presented screenshot evidence that each Defendant e-commerce store is reaching

1

out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Uproot Trademarks. *See* Docket No. 9-3 through 9-13, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Uproot trademarks. The Uproot Trademarks are included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 6,812,291 | UPROOT CLEAN | 21, 35 |
| 6,815,080 |  | 21 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Uproot has presented specific facts in the Declaration of Mehul Patel in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

   a. using the Uproot Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

offering for sale, or sale of any product that is not a genuine Uproot product or not authorized by Uproot to be sold in connection with the Uproot Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Uproot product or any other product produced by Uproot, that is not Uproot's or not produced under the authorization, control, or supervision of Uproot and approved by Uproot for sale under the Uproot Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Uproot, or are sponsored by, approved by, or otherwise connected with Uproot; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing or returning products or inventory not manufactured by or for Uproot, nor authorized by Uproot to be sold or offered for sale, and which bear any of Uproot's trademarks, including the UPROOT CLEAN Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Uproot is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial

3

accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.   any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.    The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

5.    Upon Uproot's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba, Amazon.com, Inc., Walmart, Inc., and Wish.com (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after

receipt of such notice, provide to Uproot expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Walmart, Inc., Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Upon Uproot's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Uproot Trademark.

5

7.    Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.    locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b.    restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

8.    Uproot may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties.  The Clerk of the Court is directed to issue a single original summons in the name of "Hefei Kenuo Trading Co., Ltd. and all other Defendants identified in the Complaint" that shall apply to all Defendants.  The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.    Uproot must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

10.    Exhibits 1 of Uproot's Complaint (Docket No. 2), Uproot's Amended Complaint and Exhibits 1-2 thereto (Docket Nos. 4 through 4-2), Schedule A to the Complaint and Amended Complaint (Docket Nos. 3 and 4-3),  Uproot's Motion and Memorandum in support thereof (Docket Nos. 7 and 8), the Declaration of Mehul Patel (Docket No.9), and

Exhibits 1 through 3 thereto (Docket Nos. 9-1 through 9-13), Uproot's Local Rule 3.4 Notice (Docket No. 5), Plaintiff's completed Trademark Request Letter (Docket No. 18), and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

11.     Within seven (7) calendar days of entry of this Order, Uproot shall deposit with the Court ten thousand U.S. Dollars ($10,000.00 USD), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12.     Any Defendant that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

13.     This Temporary Restraining Order without notice is entered at 10:00 A.M. on this 20th day of September 2022 and shall remain in effect for fourteen (14) calendar days.

**Jorge L. Alonso**
United States District Judge

**Schedule A**

| Def No. | Marketplace | Merchant Name | Product ID |
|---|---|---|---|
| 1 | Alibaba | Hefei Kenuo Trading Co., Ltd. | 1600457427880 |
| 1 | Alibaba | Hefei Kenuo Trading Co., Ltd. | 1600457614294 |
| 1 | Alibaba | Hefei Kenuo Trading Co., Ltd. | 1600458946967 |
| 2 | Alibaba | Shenzhen Amovan Industry Co., ltd. | 1600248640770 |
| 3 | Alibaba | Shenzhen City Anston Technology Co., Ltd. | 1600525078292 |
| 4 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | 1600530418684 |
| 5 | Alibaba | Ningbo Zhihui Houseware Co., Ltd. | 1600339934837 |
| 5 | Alibaba | Ningbo Zhihui Houseware Co., Ltd. | 1600316928550 |
| 6 | Alibaba | Ningbo General Union Co., Ltd. | 1600478173756 |
| 7 | Alibaba | Wenzhou Bonwins Technology Co., Ltd. | 1600515557640 |
| 8 | Alibaba | Jiaxing Joyan Houseware Product Co., Ltd. | 1600334646277 |
| 9 | Alibaba | Dongguan Bright Rubber And Plastic Products Co., Ltd. | 1600484544172 |
| 10 | Alibaba | Liqiqi Electronic Commerce (guangdong Province Foshan City) Co., Ltd. | 1600469815019 |
| 11 | Alibaba | Shenzhen Nicebest International Import & Export Co., Limited | 1600471443306 |
| 12 | Alibaba | Dongguan Komo Household Products Limited | 1600464122517 |
| 13 | Alibaba | Cangnan Donghui Industrial Co., Ltd. | 1600385738352 |
| 14 | Alibaba | Yiwu Yutai Trading Co., Ltd. | 1600327233819 |
| 14 | Alibaba | Yiwu Yutai Trading Co., Ltd. | 1600327199988 |
| 15 | Alibaba | Zhenjiang Haigele Electronic Technology Co., Ltd. | 1600448092732 |
| 16 | Alibaba | Huizhou Yooka Technology Co., Ltd. | 1600471646795 |
| 17 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600340541230 |
| 18 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600322670226 |
| 19 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600335252215 |
| 19 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600331531226 |
| 20 | Alibaba | S-Element (ningbo) Trading Technology Co., Ltd. | 1600396895257 |
| 21 | Alibaba | Shenzhen Yuke Technology Co., Ltd. | 1600382762105 |
| 22 | Alibaba | Hangzhou Qiji Information Technology Co., Ltd. | 1600305715259 |
| 23 | Alibaba | Zhongshan Huiren Electric Appliance Co., Ltd. | 1600384921172 |
| 23 | Alibaba | Zhongshan Huiren Electric Appliance Co., Ltd. | 1600384684889 |
| 23 | Alibaba | Zhongshan Huiren Electric Appliance Co., Ltd. | 1600384711847 |
| 24 | Alibaba | Yiwu Ruifang Sporting Goods Co., Ltd. | 1600501578798 |
| 25 | Alibaba | Beijing SSDW Co., Ltd | 1600465825728 |

| 26 | Alibaba | Yiwu Zhigou E-Commerce Co., Ltd. | 1600370730703 |
| 27 | Alibaba | Shanghai Suke New Material Co., Ltd. | 1600390733085 |
| 28 | Alibaba | Shenzhen Jobonglobal Industral Co., Ltd. | 1600487712226 |
| 28 | Alibaba | Shenzhen Jobonglobal Industral Co., Ltd. | 1600430106451 |
| 28 | Alibaba | Shenzhen Jobonglobal Industral Co., Ltd. | 1600425515290 |
| 29 | Alibaba | Everich And Tomic Housewares Co., Ltd. | 1600490058010 |
| 30 | Alibaba | Anhui Bellwether Technology Co., Ltd. | 1600478822813 |
| 31 | Alibaba | Shenzhen Trussu Industrial Co., Ltd. | 1600495461779 |
| 32 | Alibaba | Hangzhou Yichong Technology Co., Ltd. | 1600490379534 |
| 33 | Alibaba | Yiwu Naer Imp & Exp Co., Ltd. | 1600460589859 |
| 34 | Alibaba | Yiwu Fanxi Jewelry Co., Ltd. | 1600470977528 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600428654289 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600424792407 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600346468664 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600426100997 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600426232267 |
| 36 | Alibaba | Yiwu Jiuyu Pet Product Co., Ltd | 1600472495792 |
| 37 | Alibaba | Yiwu Zunqiang Commodity Co., Ltd. | 1600484973066 |
| 37 | Alibaba | Yiwu Zunqiang Commodity Co., Ltd. | 1600484945591 |
| 38 | Alibaba | Yuyao Aier Electrical Appliance Co., Ltd. | 1600465283368 |
| 39 | Alibaba | Yiwu Zuqa Craft Co., Ltd. | 1600351848138 |
| 40 | Aliexpress | Laikeet Specialty Store | 3256803798133360 |
| 41 | Aliexpress | Good Factory Store | 2255800407945720 |
| 42 | Aliexpress | Make Life Well Store | 3256803346495750 |
| 43 | Aliexpress | Beautylovers Cosmetic Store | 3256803902144630 |
| 44 | Aliexpress | SDaylife Store | 3256803901675200 |
| 45 | Aliexpress | Sbeauty Nail Art Store | 3256804159067500 |
| 46 | Aliexpress | Be Tattoo Professional Factory Store | 3256804158994210 |
| 47 | Aliexpress | In-novation Store | 3256803901748910 |
| 48 | Aliexpress | EmptyHome Store | 3256803229154140 |
| 49 | Aliexpress | TOBENICE Store | 3256804158810510 |
| 50 | Aliexpress | IN-SASINA Store | 3256804159450830 |
| 51 | Aliexpress | BeautySgood Store | 3256803902499430 |
| 52 | Aliexpress | Atooltour Instrument Store | 3256804199403590 |
| 53 | Aliexpress | TTLIFE SunFay Store | 3256803940505490 |
| 54 | Aliexpress | Loving Ya House Store | 3256804173480950 |
| 55 | Aliexpress | Sweety Online Store | 3256804160328650 |
| 56 | Aliexpress | Albumen Beautys Store | 3256804158855650 |
| 57 | Aliexpress | Sisj77 Store | 3256804158861700 |
| 58 | Aliexpress | POPETPOP Global Dropshipping Store | 3256804173841960 |

| 59 | Aliexpress | Life Grobal Store | 3256803337218090 |
|----|------------|-------------------|------------------|
| 60 | Aliexpress | Shop5739021 Store | 3256804002563550 |
| 61 | Aliexpress | VOGVIGO Convenient life Store | 3256804035805460 |
| 62 | Aliexpress | In-Trend Store | 3256804159710750 |
| 63 | Aliexpress | SRosanne Store | 3256804158433670 |
| 64 | Aliexpress | Shop900247492 Store | 3256803444423980 |
| 65 | Aliexpress | Ideal-One-Home Store | 3256803240267780 |
| 66 | Aliexpress | Flit Day Store | 3256803403996730 |
| 67 | Aliexpress | life-nice Store | 3256803386137010 |
| 68 | Aliexpress | Have fun Tool Store | 3256803437976400 |
| 69 | Aliexpress | Treasures Box Store | 3256803403164160 |
| 70 | Aliexpress | Boutique+ department Store | 3256803386158930 |
| 71 | Aliexpress | Shop911040053 Store | 3256803788276040 |
| 72 | Aliexpress | Shop911138261 Store | 3256803245630580 |
| 73 | Aliexpress | Shop911110057 Store | 3256803245624310 |
| 74 | Aliexpress | Sweethomehi Store | 3256804139471230 |
| 75 | Aliexpress | Life in the cloud Store | 3256804039035100 |
| 76 | Aliexpress | Yoyolin Store | 3256803788850960 |
| 77 | Aliexpress | Garden Party Dropshipping Store | 3256803783626170 |
| 78 | Aliexpress | Cloudapex Globle House Store | 3256803624256710 |
| 79 | Aliexpress | Hut building shop Store | 3256804099623360 |
| 80 | Aliexpress | Warm House&Life Store | 3256803343247080 |
| 81 | Aliexpress | GGrowing fond of you Store | 3256803245552630 |
| 82 | Aliexpress | Nautical12138 Store | 3256803472004440 |
| 83 | Aliexpress | Sichun YY Store | 3256802642920310 |
| 84 | Aliexpress | Cheerful Decoration Store | 3256803336556130 |
| 85 | Aliexpress | Party decoration Dropshipping Store | 3256803992322340 |
| 86 | Aliexpress | Y-Restwell Store | 3256802981117000 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006914280 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006979690 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006898750 |
| 86 | Aliexpress | Y-Restwell Store | 3256802988420480 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006789680 |
| 87 | Aliexpress | CL-household tool Store | 3256803715807770 |
| 88 | Aliexpress | GO Star Store | 3256804021890360 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804154063770 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804154128360 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804060345280 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804080980360 |
| 90 | Aliexpress | Shop1102115451 Store | 3256804139771430 |

| 91 | Amazon | EJiaDuola | B09FJPZ18N |
|----|--------|-----------|------------|
| 92 | Amazon | Mokani Direct | B09FJNQ25J |
| 93 | Amazon | Fande US | B09DCKRPMN |
| 93 | Amazon | Fande US | B09DCP2J77 |
| 94 | Amazon | Litostar Land | B0B3118LSK |
| 95 | Amazon | Joye-Journey | B09HNZ6CDT |
| 95 | Amazon | Joye-Journey | B09HNZNT3F |
| 95 | Amazon | Joye-Journey | B0B981DPCW |
| 96 | Amazon | Hatoto Nail Art | B0B92Y3XNY |
| 96 | Amazon | Hatoto Nail Art | B0B92K7JSN |
| 96 | Amazon | Hatoto Nail Art | B0B92RXJ5G |
| 97 | Amazon | Gymini Direct | B09WSJYQMK |
| 97 | Amazon | Gymini Direct | B09Y93DCZP |
| 98 | Amazon | GERTEISE | B09L4L5D6T |
| 98 | Amazon | GERTEISE | B09L3YDD3N |
| 98 | Amazon | GERTEISE | B09L44WXDK |
| 98 | Amazon | GERTEISE | B09L3YN4X6 |
| 99 | Amazon | dabarlea | B09X8LHQ4P |
| 100 | Amazon | ZYAWP | B09H5R3RY7 |
| 100 | Amazon | ZYAWP | B09C4H4TMD |
| 101 | Amazon | Ailite Intelligent | B0B6ZC1MZP |
| 102 | Amazon | Toyaeko | B09SWQ7TB7 |
| 103 | Amazon | ShiQiong | B09GFMF4N1 |
| 103 | Amazon | ShiQiong | B09GFDG3S8 |
| 104 | Amazon | FREZZEL | B09GLBSBFZ |
| 105 | Amazon | RanRuXin | B09MCSMC9W |
| 106 | Amazon | Alovexiong-US | B0921Q3WGD |
| 107 | Amazon | xiaohuolu | B09B3PQDCB |
| 107 | Amazon | xiaohuolu | B09ZX95L8P |
| 107 | Amazon | xiaohuolu | B09FT28JK3 |
| 108 | Amazon | SEE FLUFF | B091TPRJ3S |
| 109 | Amazon | The Hoper | B098XYC7BK |
| 110 | Amazon | PINNGEE | B09TR8VP25 |
| 111 | Amazon | haskcvhd | B09T6VC3R6 |
| 112 | Amazon | qiweikongjian | B09N977T2Z |
| 112 | Amazon | qiweikongjian | B09P89BT4N |
| 112 | Amazon | qiweikongjian | B09P8C74PS |
| 112 | Amazon | qiweikongjian | B09LYGZPVN |
| 112 | Amazon | qiweikongjian | B09NPVZY41 |
| 112 | Amazon | qiweikongjian | B09N6M3D9F |

| 112 | Amazon | qiweikongjian | B09MY8PKRV |
|---|---|---|---|
| 112 | Amazon | qiweikongjian | B09N7CRN1F |
| 112 | Amazon | qiweikongjian | B09N8VQXPJ |
| 112 | Amazon | qiweikongjian | B09NLM9BLY |
| 112 | Amazon | qiweikongjian | B09BF235K1 |
| 113 | Amazon | YUWU US | B096SHMXXW |
| 113 | Amazon | YUWU US | B096MSY1MJ |
| 114 | Amazon | betex | B09CMQRBY9 |
| 115 | Amazon | jiapengbaihuo | B0B38KLNFR |
| 116 | Amazon | Feileng | B09XQB76BK |
| 116 | Amazon | Feileng | B09XQRD4QR |
| 117 | Amazon | JFYC | B0B2QJCBB2 |
| 118 | Amazon | JINSHENG21 STORE | B09TH3P3TR |
| 119 | Amazon | AKHDAR | B09KZMC4D2 |
| 120 | Amazon | Mumukao | B0B5PZT9G7 |
| 120 | Amazon | Mumukao | B0B2PQK337 |
| 121 | Amazon | changyuwu | B09J18RJWY |
| 122 | Amazon | REKOROB | B09QZJ6PJ3 |
| 122 | Amazon | REKOROB | B09ZP71VSK |
| 123 | Amazon | MAITESITE US | B09Q6F74KZ |
| 123 | Amazon | MAITESITE US | B09Q6DJCY8 |
| 124 | Amazon | Kidlots | B09L1GK76R |
| 124 | Amazon | Kidlots | B09L1HGPC1 |
| 125 | Amazon | Luckybabys | B09JLMHSZ9 |
| 125 | Amazon | Luckybabys | B09JLL8WPW |
| 126 | Amazon | COOKAIS | B09C1K4PJS |
| 127 | Amazon | Shi Da | B09XL6RLP5 |
| 127 | Amazon | Shi Da | B09XJWCDXX |
| 128 | Amazon | CM Store's | B09NZPY2T6 |
| 129 | Amazon | Swalle | B09XQ9WWKT |
| 129 | Amazon | Swalle | B09XQDJSSM |
| 130 | Amazon | bdaugd444 | B09F2PSXZB |
| 131 | Amazon | JLDS | B09PY8QM91 |
| 132 | Amazon | Leen's Bay Picks | B0943KTRTD |
| 133 | Amazon | kkpeach | B09F328XGV |
| 133 | Amazon | kkpeach | B09F31LFTG |
| 133 | Amazon | kkpeach | B09F326YXR |
| 134 | Amazon | dalangchao | B09VBPQMLK |
| 134 | Amazon | dalangchao | B09BF235K1 |
| 134 | Amazon | dalangchao | B09MM38SNW |

| 134 | Amazon | dalangchao | B09QHV7227 |
| 135 | Amazon | skyning | B09RGQX7TQ |
| 135 | Amazon | skyning | B09RGPHLJF |
| 136 | Amazon | good_thing | B09MP34R8N |
| 137 | Amazon | Fority | B09BG36TFB |
| 138 | Amazon | OJJ-LL | B09BNK5GFP |
| 138 | Amazon | OJJ-LL | B09BNL7JS8 |
| 138 | Amazon | OJJ-LL | B09BNJ285K |
| 139 | Amazon | nicything | B09XQ9R1DK |
| 139 | Amazon | nicything | B09XQC7JZF |
| 140 | Amazon | HALIGHT | B0B14F63HW |
| 140 | Amazon | HALIGHT | B0B14J4VSG |
| 140 | Amazon | HALIGHT | B0B13ZBRDQ |
| 141 | Amazon | kwh | B09N94DBTX |
| 142 | Amazon | EBWHOLE | B0B1ZJXKG5 |
| 143 | Amazon | zhileju | B09P46LR4W |
| 144 | Amazon | Bao jing | B09JS3LVWG |
| 145 | Amazon | TFS TOP FANS | B0B1YMDX5Y |
| 145 | Amazon | TFS TOP FANS | B09NPN16MV |
| 145 | Amazon | TFS TOP FANS | B09XMQMJWH |
| 146 | Amazon | minshengguojimaoyi | B09Y2X3B8N |
| 147 | Amazon | hahahao | B0B1C29SXB |
| 148 | Amazon | hechenmaoyiyouxiangongsi | B09NR264S8 |
| 149 | Amazon | cherong | B09MD8N45X |
| 149 | Amazon | cherong | B09MD8RXP1 |
| 149 | Amazon | cherong | B09MD7RF6X |
| 150 | Amazon | SBTHMHWSD | B09MLPYJ3L |
| 150 | Amazon | SBTHMHWSD | B09MLPNX62 |
| 151 | Amazon | DELMATECH | B09MHZTZLF |
| 151 | Amazon | DELMATECH | B09MHZRTD1 |
| 152 | Amazon-us | Ruibao-us | B09XM29TTH |
| 153 | Amazon | Panaroma Arena | B09C7VG15Y |
| 154 | Amazon | Animusphere | B09VSS7KRF |
| 154 | Amazon | Animusphere | B09VSRZDL3 |
| 155 | Amazon | Dobukun | B09TVXKZZH |
| 156 | Amazon | tanjitanhao | B09QS9X6L7 |
| 157 | Amazon | Vvan | B09FHVV6WS |
| 157 | Amazon | Vvan | B09FHWGJJ8 |
| 158 | Amazon | MIKOWENUS | B09V2RF2JG |
| 159 | Amazon | Earth radius Encantador | B09S62ZGNG |

| 159 | Amazon | Earth radius Encantador | B09S5Y9RX1 |
|---|---|---|---|
| 160 | Amazon | Heitaisi | B09XQKNW8P |
| 160 | Amazon | Heitaisi | B09XQRC6DF |
| 161 | Amazon | 7 STAR LLC | B09S61RHLJ |
| 162 | Amazon | BZG | B09SFRVF8W |
| 163 | Amazon | chenxaioyandedian | B09VDGKGHC |
| 164 | Amazon | NailTools-Store | B09VDCVGXT |
| 165 | Amazon | LINTIO | B09FJV98HR |
| 166 | Amazon | SURGKD | B09W235ZBK |
| 166 | Amazon | SURGKD | B09TSL8XSV |
| 167 | Amazon | zengjiewenn | B09F9N67P2 |
| 167 | Amazon | zengjiewenn | B09F9N66B2 |
| 168 | Amazon | Jia yun | B0B4B2313B |
| 169 | Amazon | guangzhouyouzhikejiyouxiangongsi | B09VDGKGHC |
| 170 | Amazon | CASA LOMA CANADA | B09JBJ126T |
| 171 | Amazon | angellovesyou | B0B4W5BGS1 |
| 172 | Amazon | KG Homegoods | B09RSSR2TS |
| 173 | Amazon | LAKEEVAN | B09NBPVRK1 |
| 174 | Amazon | Tailaen | B09JKKXKWR |
| 175 | Amazon | Givemefivebeauty | B09Q3CXSV9 |
| 176 | Amazon | Dealznest | B09K53P46Z |
| 176 | Amazon | Dealznest | B09PFR6HLT |
| 177 | Amazon | rongdekeji | B09N8NDK49 |
| 177 | Amazon | rongdekeji | B09N8SWCPF |
| 177 | Amazon | rongdekeji | B09N92P4MN |
| 177 | Amazon | rongdekeji | B09N8R78MG |
| 177 | Amazon | rongdekeji | B0B3RSBRHV |
| 178 | Amazon | SY Flagship Store | B09F9G2TRC |
| 178 | Amazon | SY Flagship Store | B09Q3CDM4R |
| 178 | Amazon | SY Flagship Store | B09TND7LR1 |
| 178 | Amazon | SY Flagship Store | B09STT9CKM |
| 179 | Amazon | KuzaoilUS | B09WKBSGDF |
| 179 | Amazon | KuzaoilUS | B09XJ1H4GS |
| 179 | Amazon | KuzaoilUS | B09XHZ542W |
| 180 | Amazon | LINTPS Clean | B0B6HCTFG3 |
| 180 | Amazon | LINTPS Clean | B0B5TFZRR2 |
| 180 | Amazon | LINTPS Clean | B09MVP91Q3 |
| 180 | Amazon | LINTPS Clean | B09LR6MYR3 |
| 181 | Amazon | Sharous | B09RGQK5T3 |
| 181 | Amazon | Sharous | B09RGRBCST |

| 182 | Amazon | AMZONE302 | B0B6S5R6YY |
| 182 | Amazon | AMZONE302 | B0B6S43XCL |
| 183 | Amazon | serialUs | B09K79LKC1 |
| 184 | Amazon | Meigue | B09TPLQ57M |
| 185 | Amazon | AngelBird | B09J2CXW4Y |
| 185 | Amazon | AngelBird | B09J2B96YB |
| 185 | Amazon | AngelBird | B09J2CJ9KY |
| 185 | Amazon | AngelBird | B09J2C7H1F |
| 185 | Amazon | AngelBird | B09HBDNL8K |
| 186 | Amazon | Smein bule | B09XBLNZJB |
| 186 | Amazon | Smein bule | B0B4J2FDXP |
| 187 | Amazon | amaon.com.fly | B09VYR6KCP |
| 188 | Amazon | Huo Lu zheng | B09P1K7YRG |
| 189 | Amazon | gengxiao | B09DKPG486 |
| 190 | Amazon | KEHOO | B0818VG78C |
| 191 | Amazon | SOCCSO | B0BBBDQ9D6 |
| 191 | Amazon | SOCCSO | B09MQVYFJ1 |
| 191 | Amazon | SOCCSO | B09MQSSWFX |
| 191 | Amazon | SOCCSO | B09MQS1Y88 |
| 191 | Amazon | SOCCSO | B09MQV691D |
| 191 | Amazon | SOCCSO | B0BBBF1V91 |
| 192 | Amazon | JUNKAIJK | B09GYKCWYV |
| 193 | Amazon | Amaronhome | B09KDDFSLR |
| 194 | Amazon | UR-smart | B099RJ69PH |
| 194 | Amazon | UR-smart | B09BQC6BPC |
| 194 | Amazon | UR-smart | B09ZNVTFBW |
| 194 | Amazon | UR-smart | B09DV1WC64 |
| 195 | Amazon | elemsy | B09LH4BWCY |
| 195 | Amazon | elemsy | B0B38D5ZM1 |
| 196 | Amazon | YIMANEILI | B09L815SLT |
| 197 | Amazon | bearace | B09J4NG6G7 |
| 198 | Amazon | Mi-Lian Store | B0B1Z64FGM |
| 199 | Amazon | YKHENGTU-US | B09JYG2N42 |
| 199 | Amazon | YKHENGTU-US | B0B54XDMMJ |
| 199 | Amazon | YKHENGTU-US | B09V181R6N |
| 200 | Amazon | penglewenhua | B09N6PMJZR |
| 201 | Amazon | Feenwsy | B09B3PWTTV |
| 201 | Amazon | Feenwsy | B09G9PJQTG |
| 202 | Amazon | heng yun | B09ZPG2JL6 |
| 203 | Amazon | Magic Direct | B0B3987W5M |

| 204 | Amazon | JINGZHANXIN | B09PTXZD6G |
|---|---|---|---|
| 204 | Amazon | JINGZHANXIN | B0B2DJ9KLL |
| 205 | Amazon | Zhishengtong | B09GYBHJKP |
| 205 | Amazon | Zhishengtong | B09GY9C6DV |
| 205 | Amazon | Zhishengtong | B09GYBD38F |
| 206 | Amazon | 成都金邦玛吉电子商务有限公司 (Chengdu Jinbang Maggie E-Commerce Co., Ltd.) | B0B5LDBLQF |
| 206 | Amazon | 成都金邦玛吉电子商务有限公司 (Chengdu Jinbang Maggie E-Commerce Co., Ltd.) | B0B5L9Q8GM |
| 207 | Amazon | XIAOTENGYYDS | B0B45NBVPM |
| 208 | Amazon | TUANBAO | B09L5R5NXD |
| 209 | Amazon | Kedelacke | B0B68YD9HY |
| 210 | Amazon | TiTiI | B0B82QF4C8 |
| 211 | Amazon | SOCCSOuproot | B09MT1J9ZQ |
| 211 | Amazon | SOCCSOuproot | B09MT2TVK4 |
| 211 | Amazon | SOCCSOuproot | B09MT11VVC |
| 211 | Amazon | SOCCSOuproot | B0B8WCPTZH |
| 212 | Amazon | MagicFour | B0947VD7BD |
| 213 | Amazon | JOTANG | B09DT11J3B |
| 214 | Amazon | zhongshirug | B09M352CHK |
| 215 | Amazon | DASShipment | B0818VG78C |
| 216 | Amazon | Bonvenon | B099K8192W |
| 217 | Amazon | 成都安茂曼辉电子商务有限公司 (Chengdu Anmao Manhui E-Commerce Co., Ltd.) | B0B5R1GRNT |
| 217 | Amazon | 成都安茂曼辉电子商务有限公司 (Chengdu Anmao Manhui E-Commerce Co., Ltd.) | B0B5QKMX9B |
| 218 | Amazon | Molik-Store | B09JS63DRK |
| 219 | Amazon | Trysain | B09RGPFLZQ |
| 219 | Amazon | Trysain | B09CT8Q5K6 |
| 219 | Amazon | Trysain | B09RGSJQS2 |
| 220 | Amazon | kaking | B09WTQXQKF |
| 220 | Amazon | kaking | B0B3CPWM69 |
| 220 | Amazon | kaking | B09WTQSVXF |
| 221 | Amazon | xiamenhaiqinggaoshenxinxikejiyouxiangongsi | B09MD7D51G |
| 222 | Amazon | MOUGUTOU-US | B0B5QZN78K |
| 222 | Amazon | MOUGUTOU-US | B0B5QZ3S9B |
| 222 | Amazon | MOUGUTOU-US | B0B5QZ6JTY |
| 223 | Amazon | oilmath | B09XQ2YSGZ |
| 223 | Amazon | oilmath | B09XQ748W4 |
| 224 | Amazon | xwzq | B095Z25ZHD |

16

| 225 | Amazon | Yinyanie | B09W4DV2RZ |
|---|---|---|---|
| 226 | Amazon | LINTPLUS | B09TVF1GKG |
| 226 | Amazon | LINTPLUS | B0B2WBHV2Y |
| 226 | Amazon | LINTPLUS | B09V4JPDP6 |
| 227 | Amazon | Nichake Direct | B09C2X776V |
| 228 | Amazon | YKT'S STORE | B09HQ11TBH |
| 228 | Amazon | YKT'S STORE | B098K8GX7Y |
| 229 | Amazon | CHQUN Store | B09VBX9466 |
| 230 | Amazon | RAVEN CONCEPT | B09L1M137G |
| 231 | Amazon | Loethe LLC | B09Q2TRQRW |
| 232 | Amazon | Rego Home | B09G748QFW |
| 233 | Amazon | BaiRongTong | B0B1DSJ8PV |
| 234 | Amazon | yangyanlidedian | B09W235ZBK |
| 235 | Amazon | Shenzhen Chuchu Trading Company | B09KMYN119 |
| 236 | Amazon | Shanghai Cejue Cultural Communication Co., Ltd | B09J3HGVRT |
| 237 | Amazon | BaLa AUTO79 | B09X1MRVSX |
| 237 | Amazon | BaLa AUTO79 | B09X1DV35F |
| 238 | Amazon | pwsap-us | B09C257KBY |
| 238 | Amazon | pwsap-us | B09C24MQQW |
| 239 | Amazon | YC Home Store | B09KP9C78H |
| 240 | Amazon | YgvonlUS | B09C7VG15Y |
| 240 | Amazon | YgvonlUS | B09DXFZTHZ |
| 241 | Amazon | DGLD | B09CGQTW88 |
| 242 | Amazon | LV U inch shop | B09SVGWH3Y |
| 243 | Amazon | Master-Ed | B084X4VNFZ |
| 244 | Amazon | Super High Store | B09N3FD64F |
| 245 | Amazon | Zupowu | B09XHXGVV2 |
| 245 | Amazon | Zupowu | B09PRQFQH1 |
| 245 | Amazon | Zupowu | B09XHTJ7RT |
| 246 | Amazon | frothtec | B09XQ9SXMH |
| 246 | Amazon | frothtec | B09XQJSD5Y |
| 247 | Amazon | Tikfoam Store | B09P1K7YRG |
| 248 | Amazon | Twinko Max | B096TYYSNH |
| 248 | Amazon | Twinko Max | B096V1FH2S |
| 248 | Amazon | Twinko Max | B09TWTWPWX |
| 249 | Amazon | SOARATI | B09XXKNZFQ |
| 250 | Amazon | Si Tong | B09T3JKHZD |
| 251 | Amazon | NOKTA | B0818VG78C |
| 252 | Amazon | ILAIQKOLLC | B094JVYMRR |
| 253 | Amazon | SXXY-Store | B0B2D7P2KN |

| 254 | Amazon | rowna | B09XQS28M4 |
|---|---|---|---|
| 254 | Amazon | rowna | B09XQD51BL |
| 254 | Amazon | rowna | B09DBCWZNM |
| 255 | Amazon | Boyuyi | B09M871TYM |
| 256 | Amazon | NBHO STORES | B09BPZWVG4 |
| 257 | Amazon | KB4U | B09C4XP92K |
| 257 | Amazon | KB4U | B09HQ11TBH |
| 258 | Amazon | Mii Home | B0993TBB6K |
| 258 | Amazon | Mii Home | B0993TW92S |
| 259 | Amazon | hitsuki | B09NNGXN1S |
| 260 | Amazon | XINLONGQUANQIUKEJI | B09WMFVD52 |
| 260 | Amazon | XINLONGQUANQIUKEJI | B0B3WTJWDP |
| 261 | Amazon | Pet Store - US | B09PHH35TK |
| 262 | Amazon | Clearful | B09DBC7NWV |
| 263 | Amazon | fiengdea | B09J18RJWY |
| 264 | Amazon | duocaile | B09J865G3Z |
| 265 | Amazon | Hassan's Mart | B09FFL8M3X |
| 265 | Amazon | Hassan's Mart | B09KWXMYCS |
| 266 | Amazon | linlin561 | B09JYLP5VL |
| 266 | Amazon | linlin561 | B09JYLKSNK |
| 267 | Amazon | BONSYL store | B0B2WKFSLM |
| 267 | Amazon | BONSYL store | B0BC8SVYDS |
| 267 | Amazon | BONSYL store | B0B2WN7T3T |
| 267 | Amazon | BONSYL store | B0B2WLYD67 |
| 268 | Amazon | Delic Direct | B0B56YV3B2 |
| 269 | Amazon | Ruijiafeng | B09PBWBH73 |
| 270 | Amazon | Dealz Delight | B09K3B8WWX |
| 271 | Amazon | Oikejias | B09YJ3GNSP |
| 272 | Amazon | Superman Bobo | B09YXB57Z3 |
| 272 | Amazon | Superman Bobo | B09PYFTWQL |
| 273 | Amazon | Kusrasa | B09CTKFSKG |
| 273 | Amazon | Kusrasa | B09CTJZG1M |
| 274 | Amazon | ZRXSHOP | B09WTWKVGK |
| 275 | Amazon | Bangels Store | B09B3PQDCB |
| 276 | Amazon | Shurertjia | B09NXZCF4C |
| 277 | Amazon | 金海辉 (Jin Haihui) | B09HBBDBWW |
| 277 | Amazon | 金海辉 (Jin Haihui) | B09B9VC4PH |
| 278 | Amazon | Fitlink | B0B7HHKQ73 |
| 279 | Amazon | haomeng ltd | B09W89WZ3D |

| 280 | Amazon | pengzexingmaoyi | B09NBDKZ4M |
|-----|--------|-----------------|------------|
| 281 | Amazon | shishangdiyi | B09SFTM6XC |
| 281 | Amazon | shishangdiyi | B09SFTCSK9 |
| 282 | Amazon | HC com | B09GB4PSNM |
| 283 | Amazon | TIANJIAOYAN | B09PRLVSMR |
| 284 | Amazon | Flicker Trade | B09L5G8644 |
| 285 | Amazon | BaiYuan Store | B09V7WR942 |
| 286 | Amazon | SLEE8818 | B0B1MPPD25 |
| 287 | Amazon | YDTech | B09GG8XJTV |
| 288 | eBay | *this*is*a*lucky*store* | 144417094895 |
| 289 | eBay | 2011-shoppinglife | 155050988132 |
| 290 | eBay | a.somarathna | 363735559351 |
| 291 | eBay | achipra_26 | 363780834160 |
| 292 | eBay | akdel72 | 384937387594 |
| 293 | eBay | aleksstef-42 | 363884061978 |
| 294 | eBay | allhero | 165343303202 |
| 295 | eBay | alque_3973 | 154943581664 |
| 295 | eBay | alque_3973 | 154943581630 |
| 295 | eBay | alque_3973 | 155006648866 |
| 295 | eBay | alque_3973 | 155006648828 |
| 296 | eBay | alvarmou_3 | 154860411887 |
| 297 | eBay | amaid2014 | 284759159826 |
| 298 | eBay | amazingshopping22 | 225054674874 |
| 299 | eBay | angar9983 | 295067403982 |
| 300 | eBay | atjan71 | 225060470344 |
| 301 | eBay | auto-life2021 | 304546347636 |
| 302 | eBay | azzi-3884 | 394026253571 |
| 302 | eBay | azzi-3884 | 394010572483 |
| 303 | eBay | bargain9808 | 304390913027 |
| 304 | eBay | be35persen | 203859872873 |
| 305 | eBay | belle-poque | 195159350138 |
| 306 | eBay | best-product-shop | 313892759012 |
| 306 | eBay | best-product-shop | 313984111332 |
| 306 | eBay | best-product-shop | 313878326569 |
| 306 | eBay | best-product-shop | 313899005121 |
| 307 | eBay | bestbuy_outlets | 225050753706 |
| 308 | eBay | bestchoices03 | 384811452280 |
| 308 | eBay | bestchoices03 | 384421543012 |
| 308 | eBay | bestchoices03 | 384442603389 |
| 308 | eBay | bestchoices03 | 384416029456 |

| | | | |
|---|---|---|---|
| 308 | eBay | bestchoices03 | 384489024592 |
| 308 | eBay | bestchoices03 | 384421589938 |
| 308 | eBay | bestchoices03 | 384889563197 |
| 309 | eBay | black_apron | 125329919671 |
| 309 | eBay | black_apron | 125329933255 |
| 310 | eBay | blackshopping22 | 353944860352 |
| 310 | eBay | blackshopping22 | 354134582771 |
| 311 | eBay | bookmarkdeals | 334246633246 |
| 311 | eBay | bookmarkdeals | 334229719017 |
| 312 | eBay | boolstrap | 194745732223 |
| 313 | eBay | brautifullove | 204016164437 |
| 314 | eBay | budisul | 394092058183 |
| 315 | eBay | chala_mart95 | 304402935759 |
| 316 | eBay | chedo_6096 | 195083019199 |
| 317 | eBay | clambang | 353994353174 |
| 318 | eBay | conrack2022 | 374083299164 |
| 319 | eBay | culoboyo007 | 265668775028 |
| 320 | eBay | cwmg.2021 | 125248048325 |
| 321 | eBay | dadaudy0 | 353955930514 |
| 322 | eBay | dailyhome99 | 354147474044 |
| 323 | eBay | de-chinafriend | 133949356031 |
| 324 | eBay | desar_6077 | 154947761757 |
| 325 | eBay | desnir-0 | 165389630637 |
| 326 | eBay | devonte_23494 | 393921540856 |
| 326 | eBay | devonte_23494 | 393906120611 |
| 327 | eBay | di_din12 | 403584850416 |
| 328 | eBay | diherd7673 | 353996300844 |
| 329 | eBay | dilan_stores | 144509205688 |
| 330 | eBay | dn_online_store_97 | 174993302550 |
| 331 | eBay | dp_mart07 | 175253682990 |
| 332 | eBay | e-shopchop | 313922928602 |
| 333 | eBay | easyyourlifestore | 363647241664 |
| 333 | eBay | easyyourlifestore | 363648171736 |
| 333 | eBay | easyyourlifestore | 363647435695 |
| 333 | eBay | easyyourlifestore | 363729222258 |
| 333 | eBay | easyyourlifestore | 363648545407 |
| 333 | eBay | easyyourlifestore | 363729556780 |
| 333 | eBay | easyyourlifestore | 363649077200 |
| 333 | eBay | easyyourlifestore | 363647860575 |
| 333 | eBay | easyyourlifestore | 363729974498 |

| 333 | eBay | easyyourlifestore | 363649009709 |
|---|---|---|---|
| 333 | eBay | easyyourlifestore | 363647436092 |
| 333 | eBay | easyyourlifestore | 363729863949 |
| 333 | eBay | easyyourlifestore | 363647088602 |
| 334 | eBay | ecom-ukworld | 124999558154 |
| 335 | eBay | ecuanizer | 284451434687 |
| 336 | eBay | elegantmall89 | 125384120870 |
| 337 | eBay | elogadcat-13 | 203843039405 |
| 338 | eBay | emang*super-store | 304334154388 |
| 339 | eBay | encounterwithyou89 | 195180728171 |
| 340 | eBay | epicedeals | 204005417402 |
| 340 | eBay | epicedeals | 204005469663 |
| 340 | eBay | epicedeals | 204005427704 |
| 340 | eBay | epicedeals | 204006966337 |
| 341 | eBay | epicesolutions | 284663985873 |
| 341 | eBay | epicesolutions | 275170890312 |
| 341 | eBay | epicesolutions | 275170919543 |
| 341 | eBay | epicesolutions | 284643718374 |
| 341 | eBay | epicesolutions | 275178366559 |
| 341 | eBay | epicesolutions | 284656556547 |
| 341 | eBay | epicesolutions | 275170845622 |
| 341 | eBay | epicesolutions | 284643603193 |
| 341 | eBay | epicesolutions | 284643750349 |
| 342 | eBay | etama-97 | 225020497982 |
| 343 | eBay | ethnicroots | 394088183750 |
| 344 | eBay | everythingsupply | 133951406316 |
| 345 | eBay | ezagus_0 | 403750014609 |
| 346 | eBay | fadristore | 384762903949 |
| 346 | eBay | fadristore | 384762925299 |
| 347 | eBay | fairos_50 | 363862634436 |
| 348 | eBay | fergas-66 | 403542501970 |
| 348 | eBay | fergas-66 | 403487746091 |
| 349 | eBay | fredfri_37 | 363878909827 |
| 350 | eBay | freshstores | 154942430219 |
| 351 | eBay | gadte68 | 363836645714 |
| 351 | eBay | gadte68 | 363836613176 |
| 352 | eBay | gande-1732 | 403595666499 |
| 353 | eBay | good-deals-usa | 384750802708 |
| 354 | eBay | goodideastore | 125248730486 |
| 354 | eBay | goodideastore | 125248699367 |

| | | | |
|---|---|---|---|
| 354 | eBay | goodideastore | 125270077443 |
| 354 | eBay | goodideastore | 125304159909 |
| 354 | eBay | goodideastore | 125336647720 |
| 354 | eBay | goodideastore | 125319916199 |
| 354 | eBay | goodideastore | 125092045556 |
| 354 | eBay | goodideastore | 125162961504 |
| 354 | eBay | goodideastore | 125341567205 |
| 354 | eBay | goodideastore | 125319912798 |
| 354 | eBay | goodideastore | 125304123795 |
| 354 | eBay | goodideastore | 125235581521 |
| 354 | eBay | goodideastore | 125320349204 |
| 354 | eBay | goodideastore | 125092023525 |
| 354 | eBay | goodideastore | 125004148810 |
| 354 | eBay | goodideastore | 125207908593 |
| 354 | eBay | goodideastore | 125035071141 |
| 354 | eBay | goodideastore | 125141983552 |
| 354 | eBay | goodideastore | 125185303544 |
| 354 | eBay | goodideastore | 125239597612 |
| 354 | eBay | goodideastore | 125320090171 |
| 354 | eBay | goodideastore | 125067679651 |
| 354 | eBay | goodideastore | 125127503179 |
| 355 | eBay | haelma-3080 | 393908107957 |
| 355 | eBay | haelma-3080 | 393905300199 |
| 356 | eBay | happytreelt-6 | 144404467073 |
| 357 | eBay | harite_0 | 224833129006 |
| 358 | eBay | hewa237 | 313874307552 |
| 359 | eBay | hoaletfs | 175217882154 |
| 360 | eBay | hoangbinh062 | 194933036647 |
| 361 | eBay | homediytools2019 | 155051022774 |
| 361 | eBay | homediytools2019 | 155054917244 |
| 361 | eBay | homediytools2019 | 155057280907 |
| 362 | eBay | homeyoulike | 314062032934 |
| 363 | eBay | hplive-auto | 374161023447 |
| 364 | eBay | ibi.34 | 403592268838 |
| 365 | eBay | idea-for-you | 195175568978 |
| 366 | eBay | impressionhome4you | 403740743009 |
| 366 | eBay | impressionhome4you | 403740773144 |
| 367 | eBay | indraniko-0 | 175329160814 |
| 368 | eBay | industrial-ukhk | 363880402714 |
| 369 | eBay | itisallforyou07 | 314024824946 |

| 369 | eBay | itisallforyou07 | 314024824995 |
|-----|------|-----------------|--------------|
| 370 | eBay | itty32456 | 255553909922 |
| 371 | eBay | jaab_121 | 225042170952 |
| 372 | eBay | jamewrigh-131 | 313980470099 |
| 373 | eBay | jp_straps | 125162879812 |
| 374 | eBay | kari_-20 | 363679153069 |
| 374 | eBay | kari_-20 | 363638956008 |
| 374 | eBay | kari_-20 | 363639780752 |
| 375 | eBay | karkarsa-qwjw2 | 284648683881 |
| 376 | eBay | kim-shop2020 | 194694959089 |
| 377 | eBay | kurang_1 | 384825009462 |
| 378 | eBay | letgoshop | 133883453649 |
| 379 | eBay | lilmay_0 | 125249872444 |
| 380 | eBay | linacelia_73 | 284845177740 |
| 381 | eBay | line_one75 | 295079407369 |
| 382 | eBay | lttus123 | 144527268402 |
| 383 | eBay | lucygstev_0 | 144559122764 |
| 384 | eBay | lunarnewseason | 314060165204 |
| 385 | eBay | lutfde55 | 155032513972 |
| 386 | eBay | lyshu81 | 373954681870 |
| 387 | eBay | magic-store2020 | 154926145993 |
| 387 | eBay | magic-store2020 | 155006353255 |
| 388 | eBay | marrazicom | 403642527050 |
| 389 | eBay | maufri_85 | 394019121165 |
| 389 | eBay | maufri_85 | 394021617211 |
| 390 | eBay | mc011shop | 125161875740 |
| 391 | eBay | merantau | 265730478570 |
| 392 | eBay | mianfengshop | 354134734526 |
| 393 | eBay | miclieya-0 | 363890626935 |
| 394 | eBay | milyosi3 | 384830910220 |
| 395 | eBay | mithukari_0 | 175325135477 |
| 396 | eBay | moneymoneymall | 225047548413 |
| 397 | eBay | mrnicescott | 275308527331 |
| 398 | eBay | mylocalstore | 275050610136 |
| 399 | eBay | myron45324 | 144491338253 |
| 399 | eBay | myron45324 | 144374540136 |
| 399 | eBay | myron45324 | 144374541816 |
| 399 | eBay | myron45324 | 144437220864 |
| 399 | eBay | myron45324 | 144491300843 |
| 400 | eBay | nextmazing_com | 185429735630 |

| 401 | eBay | nilboya-0 | 144595697586 |
| 402 | eBay | ns_express | 234330588965 |
| 403 | eBay | nssellers0 | 194875929067 |
| 404 | eBay | nufaj43 | 354065428900 |
| 405 | eBay | ohohmygod | 384967390256 |
| 405 | eBay | ohohmygod | 384978091907 |
| 406 | eBay | onesmallstep666 | 265752707657 |
| 407 | eBay | pauljonesseller | 144631752515 |
| 408 | eBay | pet_dotkom | 402632137559 |
| 409 | eBay | pj-online | 195161010826 |
| 410 | eBay | plusstoreus | 203986739400 |
| 411 | eBay | qipha0 | 403706980726 |
| 412 | eBay | raoelba0 | 363680451678 |
| 412 | eBay | raoelba0 | 363677085139 |
| 413 | eBay | retan-73 | 374164634601 |
| 414 | eBay | riwah-42 | 373975882644 |
| 415 | eBay | rizjaz_67 | 144463986837 |
| 416 | eBay | royal_shark | 304509392091 |
| 417 | eBay | ruwanie_0 | 384919710531 |
| 418 | eBay | saaryc_0 | 185483156130 |
| 419 | eBay | seocta_0 | 224897725520 |
| 420 | eBay | shoperhut_store* | 203751717408 |
| 421 | eBay | shopiimatif | 304458295103 |
| 422 | eBay | shoppingleader | 185484101226 |
| 423 | eBay | shoppinglifetime | 394132959154 |
| 424 | eBay | shopprime365 | 234477820634 |
| 425 | eBay | siall820mc | 224854847495 |
| 426 | eBay | siani_63 | 194990028516 |
| 427 | eBay | smarthomejmf | 165551573544 |
| 428 | eBay | soundadvice108 | 165553035947 |
| 429 | eBay | steffyonline | 403502827711 |
| 430 | eBay | suga-store | 403742857822 |
| 431 | eBay | sweethome666 | 195187049313 |
| 432 | eBay | syhome | 354010093327 |
| 433 | eBay | techno_designia | 284811460256 |
| 434 | eBay | the_best_for_.you | 313424284247 |
| 435 | eBay | the-eagle-1995 | 165216649945 |
| 435 | eBay | the-eagle-1995 | 165340143741 |
| 436 | eBay | toptop-sy | 373809914041 |
| 436 | eBay | toptop-sy | 373814866692 |

| 437 | eBay | tyindra_0 | 403746163249 |
|---|---|---|---|
| 437 | eBay | tyindra_0 | 403746157842 |
| 438 | eBay | us*best*deals_27 | 304541732003 |
| 439 | eBay | usa-store* | 374127276102 |
| 440 | eBay | usa*store | 363836237487 |
| 441 | eBay | usashop_store | 165473941512 |
| 442 | eBay | usfastshipping2020 | 313802175676 |
| 443 | eBay | veroal_9 | 284829687747 |
| 444 | eBay | vortexnite | 125277465937 |
| 445 | eBay | wande8081 | 363791094909 |
| 445 | eBay | wande8081 | 363791252585 |
| 446 | eBay | werkzeugemhn04 | 155054773844 |
| 447 | eBay | wilhotten0 | 313942591587 |
| 447 | eBay | wilhotten0 | 313942592153 |
| 447 | eBay | wilhotten0 | 313942591982 |
| 448 | eBay | withyoushopping | 304544023311 |
| 449 | eBay | wlz-forward | 334415494961 |
| 450 | eBay | wushuang-home2021 | 304546346351 |
| 451 | eBay | wushuang-legend | 394073089967 |
| 452 | eBay | xeca-78 | 304522952204 |
| 453 | eBay | yahaitoolsupply | 304538107876 |
| 454 | eBay | yg-autoparts | 313947159773 |
| 455 | eBay | yombenehe | 224931925335 |
| 456 | eBay | yu6142 | 353996693315 |
| 457 | eBay | yunxi-01 | 394060868773 |
| 458 | eBay | zubehormnh0i | 225043148439 |
| 459 | Etsy | TruStellar | 1144742629 |
| 460 | Joom | haidi888 | 628f2dc3a5b56e018d4279cf |
| 461 | Joom | Belink Concept | 62a316a962a5d9013ed0579f |
| 462 | Joom | LoveHouse-YYhome | 6288634bcca5b30178e916dd |
| 463 | Shopify | cacttistore.com | clothes-shaver-fabric-clothes-lint-removers-removes-cat-and-dog-hair-pet-hair-from-furniture-home-cleaning-pellets-cut-machine |
| 464 | Shopify | tocneno.com | pet-hair-remover-for-couch-1 |
| 465 | Walmart | Novashion | 935558170 |

| 466 | Walmart | Shenzhen Ruimiaoqian Network Technology Co.,Ltd. | 303102289 |
|---|---|---|---|
| 467 | Walmart | Qingtian Yingying Electronic Commerce Co., Ltd. | 305587072 |
| 468 | Walmart | Ding | 756477713 |
| 469 | Walmart | LANDAF_US | 332476009 |
| 470 | Walmart | Shenzhen Dali Industry Co., Ltd. | 821260536 |
| 470 | Walmart | Shenzhen Dali Industry Co., Ltd. | 351488757 |
| 470 | Walmart | Shenzhen Dali Industry Co., Ltd. | 696898587 |
| 471 | Walmart | Shanghai Leiyuan Energy Technology Co., Ltd. | 406592047 |
| 471 | Walmart | Shanghai Leiyuan Energy Technology Co., Ltd. | 639682730 |
| 471 | Walmart | Shanghai Leiyuan Energy Technology Co., Ltd. | 194128088 |
| 472 | Walmart | Shenzhen Linglangxi Network Technology Co., Ltd. | 624057844 |
| 472 | Walmart | Shenzhen Linglangxi Network Technology Co., Ltd. | 399244095 |
| 472 | Walmart | Shenzhen Linglangxi Network Technology Co., Ltd. | 652987605 |
| 473 | Walmart | Qingtian Diaocheng Trading Co., Ltd. | 959738262 |
| 473 | Walmart | Qingtian Diaocheng Trading Co., Ltd. | 509592556 |
| 474 | Walmart | Lucky home | 838603578 |
| 475 | Walmart | Shenzhen Xiaoyanzifei Network Technology Co., Ltd. | 197197162 |
| 475 | Walmart | Shenzhen Xiaoyanzifei Network Technology Co., Ltd. | 144051089 |
| 476 | Walmart | BRRNOO | 335645765 |
| 477 | Walmart | Shenzhen Rongxiner Network Technology Co., Ltd. | 813868742 |
| 477 | Walmart | Shenzhen Rongxiner Network Technology Co., Ltd. | 874724703 |
| 477 | Walmart | Shenzhen Rongxiner Network Technology Co., Ltd. | 304473902 |
| 478 | Walmart | TORUBIATOP | 307877867 |
| 479 | Walmart | Fuyu | 358479135 |
| 479 | Walmart | Fuyu | 140570536 |
| 479 | Walmart | Fuyu | 680801531 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 1252127333 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 1642767011 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 1963577537 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 537805514 |
| 481 | Walmart | FAGINEY STORE | 231506920 |
| 482 | Walmart | HILITAND | 874009310 |
| 483 | Walmart | Guangzhou Zejiadianzishangwu Youxiangongsi | 999911212 |

| 484 | Walmart | Best Choice | 661170059 |
|---|---|---|---|
| 484 | Walmart | Best Choice | 517865299 |
| 485 | Walmart | MEHOME STORE | 412883581 |
| 485 | Walmart | MEHOME STORE | 434913074 |
| 486 | Walmart | shenzhenshiyulantiandianzikejiyouxiangongsi | 273793042 |
| 487 | Walmart | guangzhoushi jierongdianzi shangwuyouxiangongsi | 273793042 |
| 488 | Walmart | Cergrey Store | 1413541452 |
| 489 | Walmart | TechHomePro | 517865299 |
| 490 | Walmart | YLSHRF STORE | 137842215 |
| 491 | Walmart | LHCER STORE | 344228973 |
| 492 | Walmart | WEKITY | 320405289 |
| 492 | Walmart | WEKITY | 688951791 |
| 492 | Walmart | WEKITY | 215624968 |
| 493 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | 609850212 |
| 493 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | 514763290 |
| 493 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | 903931914 |
| 494 | Walmart | WuhanWeiyuHongchuangkejiYouxiangongsi | 688984181 |
| 494 | Walmart | WuhanWeiyuHongchuangkejiYouxiangongsi | 431771655 |
| 494 | Walmart | WuhanWeiyuHongchuangkejiYouxiangongsi | 351670588 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 209672274 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 709667655 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 487004753 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 349627187 |
| 496 | Walmart | HSE Direct | 1405643687 |
| 497 | Walmart | Cozyroom | 442170566 |
| 498 | Walmart | Tebru STORE | 1130199362 |
| 499 | Walmart | zhiqixuan | 820490326 |
| 499 | Walmart | zhiqixuan | 376576416 |
| 499 | Walmart | zhiqixuan | 636024977 |
| 500 | Walmart | YICHAOFAN STORE | 1901257873 |
| 501 | Walmart | Your Win Trading Group Inc | 683272755 |
| 502 | Walmart | XiaMen Shi AiDeMan XinXiKeJi YouXian GongSi | 286870958 |
| 502 | Walmart | XiaMen Shi AiDeMan XinXiKeJi YouXian GongSi | 970618714 |
| 502 | Walmart | XiaMen Shi AiDeMan XinXiKeJi YouXian GongSi | 330210123 |
| 503 | Walmart | Alite-US | 216981980 |
| 504 | Walmart | Younghome | 433624867 |
| 505 | Walmart | Coloody | 1236881229 |

| 506 | Walmart | Fortioo | 285238692 |
|-----|---------|---------|-----------|
| 506 | Walmart | Fortioo | 507362262 |
| 507 | Walmart | Lowerprice Store | 543872735 |
| 508 | Walmart | sigeshangmao | 319600397 |
| 509 | Walmart | CHENGYU | 926187336 |
| 510 | Walmart | FEIXINXIN STORE | 1654718587 |
| 511 | Walmart | xuhua | 541674540 |
| 511 | Walmart | xuhua | 399494110 |
| 511 | Walmart | xuhua | 351809930 |
| 511 | Walmart | xuhua | 781105380 |
| 512 | Walmart | Leyueyi Store | 720618025 |
| 513 | Walmart | Caitzr | 928012968 |
| 513 | Walmart | Caitzr | 577437662 |
| 514 | Walmart | SHANGHAIYAOPAIDIANZISHANGWUYOUXIANGONGSI | 1431609418 |
| 515 | Walmart | Smileol | 823976239 |
| 516 | Walmart | YiwushiZhaoYuDianZiShangWuYouXianGongSi | 797904338 |
| 516 | Walmart | YiwushiZhaoYuDianZiShangWuYouXianGongSi | 977203507 |
| 517 | Walmart | shenzhenshishangpinyuandianzishangwuyouxiangongsi | 183156258 |
| 517 | Walmart | shenzhenshishangpinyuandianzishangwuyouxiangongsi | 266604853 |
| 517 | Walmart | shenzhenshishangpinyuandianzishangwuyouxiangongsi | 401220695 |
| 518 | Walmart | dongguanshisuyingshangmaoyouxiangongsi | 249352882 |
| 518 | Walmart | dongguanshisuyingshangmaoyouxiangongsi | 520423049 |
| 518 | Walmart | dongguanshisuyingshangmaoyouxiangongsi | 690990212 |
| 519 | Walmart | shenzhenshijiahuoyuandianzishangwuyouxiangongsi | 842868016 |
| 520 | Walmart | zhengzhouzienlvxingsheyouxiangongsi | 786764348 |
| 521 | Walmart | Peantoia | 325783419 |
| 521 | Walmart | Peantoia | 1656581905 |
| 522 | Walmart | Viznte | 361909018 |
| 523 | Walmart | Wanhui | 700750001 |
| 524 | Walmart | yuehongyang | 826392784 |
| 525 | Walmart | EAST VIRTUE | 443105381 |
| 526 | Walmart | Valatala | 770262039 |
| 527 | Walmart | MMY | 265853124 |
| 528 | Walmart | Sweeky | 833761329 |
| 528 | Walmart | Sweeky | 378209144 |
| 528 | Walmart | Sweeky | 343511912 |

| 528 | Walmart | Sweeky | 453213744 |
|-----|---------|--------|-----------|
| 528 | Walmart | Sweeky | 509535711 |
| 528 | Walmart | Sweeky | 850378983 |
| 528 | Walmart | Sweeky | 347674556 |
| 528 | Walmart | Sweeky | 902472093 |
| 528 | Walmart | Sweeky | 768561958 |
| 529 | Walmart | Yszodd | 737542232 |
| 529 | Walmart | Yszodd | 817900658 |
| 529 | Walmart | Yszodd | 109955508 |
| 530 | Walmart | tianjinqingmuwangluokejiyouxiangongsi | 493643626 |
| 531 | Walmart | shenzhenshizhiougudianzishangwuyouxiangongsi | 467723249 |
| 532 | Walmart | Kody.llc | 959423654 |
| 533 | Walmart | Nafxzy | 296420045 |
| 533 | Walmart | Nafxzy | 632950205 |
| 533 | Walmart | Nafxzy | 414484110 |
| 533 | Walmart | Nafxzy | 888046654 |
| 534 | Walmart | BAMANS | 266119016 |
| 535 | Walmart | BARDNONEGAS | 280904133 |
| 536 | Walmart | shenzhenshishilongwangluokejiyouxiangongsi | 168865588 |
| 537 | Walmart | Pakainn | 396120933 |
| 538 | Walmart | Vadunsuz | 261109250 |
| 539 | Walmart | Quality Life Store | 986981851 |
| 540 | Walmart | shenzhenshijiqiaowangluokejiyouxiangongsi | 167241552 |
| 541 | Walmart | shenzhenshihonglanwangluokejiyouxiangongsi | 321317447 |
| 541 | Walmart | shenzhenshihonglanwangluokejiyouxiangongsi | 254103725 |
| 542 | Walmart | shenzhenshianleshengdianzishangwuyouxiangongsi | 1137282825 |
| 542 | Walmart | shenzhenshianleshengdianzishangwuyouxiangongsi | 1763280154 |
| 542 | Walmart | shenzhenshianleshengdianzishangwuyouxiangongsi | 1140445321 |
| 543 | Walmart | Quintina | 548845687 |
| 543 | Walmart | Quintina | 366786361 |
| 543 | Walmart | Quintina | 887235833 |
| 543 | Walmart | Quintina | 363166930 |
| 544 | Walmart | Good Luck Pendant | 442170566 |
| 545 | Walmart | shenzhenshiliyuwangluokejiyouxiangongsi | 581243475 |
| 546 | Walmart | Danjastic | 269207508 |
| 547 | Walmart | Shen zhen shi jing yao fei ke ji you xian gong si | 423788628 |
| 548 | Walmart | US ALSISK | 741785112 |
| 548 | Walmart | US ALSISK | 589659236 |

| 548 | Walmart | US ALSISK | 678177809 |
|-----|---------|-----------|-----------|
| 549 | Walmart | Shen zhen shi ye hong ke ji you xian gong si | 1521742087 |
| 550 | Walmart | Merzam | 941133210 |
| 551 | Walmart | Mercita | 714981089 |
| 552 | Walmart | Donewelo | 740687228 |
| 553 | Walmart | changshashi danjun dianzishangwu youxian gongsi | 633198013 |
| 554 | Walmart | yalita | 373049458 |
| 555 | Walmart | Shenzhenshi Yizhuanglong Maoyi Youxiangongsi | 383114565 |
| 556 | Walmart | Heopbird | 214052807 |
| 557 | Walmart | EOSWLADO | 1438622623 |
| 558 | Walmart | Comdar | 1662913399 |
| 559 | Walmart | Xmastr | 502440857 |
| 560 | Walmart | xiantaolingchaokejiyouxiangongsi | 867480555 |
| 561 | Walmart | Nowsnde | 286684376 |
| 562 | Walmart | Shen zhen shi zhong li rui ke ji you xian gong si | 1103341361 |
| 563 | Walmart | Zhuzhoushi Yingming Maoyi Youxiangongsi | 580482180 |
| 563 | Walmart | Zhuzhoushi Yingming Maoyi Youxiangongsi | 285675240 |
| 564 | Walmart | ShangHai Dou Mai Dian Zi Ke Ji You Xian Gong Si | 1062636187 |
| 565 | Walmart | Blirik | 1074187815 |
| 566 | Walmart | Gukom | 286040588 |
| 567 | Walmart | Miruku | 662115005 |
| 568 | Walmart | shenzhenshi shenghuashuo dianzishangwu youxiangongsi | 1480345354 |
| 568 | Walmart | shenzhenshi shenghuashuo dianzishangwu youxiangongsi | 1955870745 |
| 568 | Walmart | shenzhenshi shenghuashuo dianzishangwu youxiangongsi | 1162067290 |
| 569 | Wish | Playful Cute Store | 626790d6a975ac71a7aa622f |
| 570 | Wish | Hdhdhdb | 614456ddf9e947c40de2a076 |
| 571 | Wish | xuejie666 | 614456e0bbbab2a8df7dd335 |
| 572 | Wish | Railey | 622f191204f3b983bed48641 |
| 573 | Wish | wangshiyi | 614456e3a6cbe81ed18ce9ca |
| 574 | Wish | tgreyewyruyret | 61445717e924e6cb28735913 |
| 575 | Wish | Comfort Home Store | 6255190059392815e5cbee3a |

| 576 | Wish | wangwenxiang p | 625e7ea89a15d2c6180ca879 |
| 577 | Wish | luhaochen Store | 61161e71afe943ae02e1c91b |
| 577 | Wish | luhaochen Store | 6110a7b84e14bd506cdcf3cf |
| 577 | Wish | luhaochen Store | 61161d825b292d22825b630a |
| 577 | Wish | luhaochen Store | 611088d5d83eb07817f343a4 |
| 578 | Wish | Evelyn-JM | 617ca4e48a7a897ed8fb2cfc |
| 579 | Wish | sandboxenv | 60d420b9369e7761a5f24882 |
| 580 | Wish | NurKar Retail | 624577db9f02d42b35492f06 |