UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe

Plaintiff,

v.

Case No.: 1:22−cv−04925

Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2022:

MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Plaintiff's motion for entry of a preliminary injunction [33] is entered and continued. Defendants' responses to Plaintiff's motion for entry of a preliminary injunction shall be filed by 11/1/22; Plaintiff's reply shall be filed by 11/15/22. Plaintiff's response to Defendants Does #138 (OJJ−LL), #190 (KEHOO), #252 (ILAIQKOLLC)'s Opposition to preliminary injunction shall be filed by 11/17/22; Defendants' reply shall be filed by 12/1/22. The Court will rule electronically on the motion. The temporary restraining order has expired on its own terms. The oral motion to unseal is granted. The Clerk's office is directed to unseal any documents that are currently sealed. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 888−808−6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.