# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 22-cv-4925<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## PLAINTIFF'S MOTION FOR AMENDMENT OF SCHEDULE A TO IT'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff, by and through its undersigned counsel, hereby moves for amendment of the Schedule A to Plaintiff's previously filed Motion for Entry of Preliminary Injunction entered and continued by this Court on October 17, 2022 (Dkt No. 53).

Previously, Defendant Nos. 1-90 identified on Schedule A attached to Plaintiff's Amended Complaint (the "Ali Defendants") had not been served with notice of Plaintiff's original Motion for Entry of Preliminary Injunction or Memorandum in Support thereof (Dkt Nos. 33 and 34) (collectively the "Original Motion") as Plaintiff had not yet received the required contact information for the Ali Defendants. Plaintiff has since received the contact information for the Ali Defendants and will serve them with a copy of the Amended Complaint (including all exhibits attached thereto), the Original Motion and Memorandum in Support of the Preliminary Injunction, and this Motion to Amend schedule A to the Original Motion with the amended Schedule A attached hereto.

Plaintiff's Original Motion for Entry of Preliminary Injunction or Memorandum in Support thereof (Dkt Nos. 33 and 34) would remain the same, the only difference would be that the Original

Motion would now be for entry of preliminary injunction against all Defendants identified on the redacted Schedule A attached hereto which has been modified to account for the addition of Ali Defendants and to remove all Defendants which have either been dismissed since Plaintiff's Original Motion and/or that remain unserved.

Date: October 28, 2022

Respectfully submitted,

/s/Brandon Beymer
BRANDON BEYMER (ARDC NO. 6332454)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 28, 2022, I electronically filed the foregoing with the Court using the CM/ECF system and I will serve Defendants with this Motion and Memorandum through email and electronic publication.

/s/ Brandon Beymer
Brandon Beymer
