UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe

    Plaintiff,

v.

    Case No.: 1:22−cv−04925

    Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 31, 2022:

    MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion [54] for reconsideration is denied, and the hearing set for 11/1/22 at 9:30 a.m. is stricken. The previously−set briefing schedule on the motion for preliminary injunction stands. Plaintiff's motion [56] to amend Schedule A is denied without prejudice for failure to attach the amended schedule. Hearing date set for 11/4/22 at 9/30 a.m. is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.