# Schedule A

| Doe | Marketplace | Merchant Name | Product ID |
|-----|-------------|---------------|------------|
| 1 | Alibaba | Hefei Kenuo Trading Co., Ltd. | 1600457427880 |
| 1 | Alibaba | Hefei Kenuo Trading Co., Ltd. | 1600457614294 |
| 1 | Alibaba | Hefei Kenuo Trading Co., Ltd. | 1600458946967 |
| 2 | Alibaba | Shenzhen Amovan Industry Co., ltd. | 1600248640770 |
| 3 | Alibaba | Shenzhen City Anston Technology Co., Ltd. | 1600525078292 |
| 4 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | 1600530418684 |
| 5 | Alibaba | Ningbo Zhihui Houseware Co., Ltd. | 1600339934837 |
| 5 | Alibaba | Ningbo Zhihui Houseware Co., Ltd. | 1600316928550 |
| 6 | Alibaba | Ningbo General Union Co., Ltd. | 1600478173756 |
| 7 | Alibaba | Wenzhou Bonwins Technology Co., Ltd. | 1600515557640 |
| 8 | Alibaba | Jiaxing Joyan Houseware Product Co., Ltd. | 1600334646277 |
| 9 | Alibaba | Dongguan Bright Rubber And Plastic Products Co., Ltd. | 1600484544172 |
| 10 | Alibaba | Liqiqi Electronic Commerce (guangdong Province Foshan City) Co., Ltd. | 1600469815019 |
| 11 | Alibaba | Shenzhen Nicebest International Import & Export Co., Limited | 1600471443306 |
| 12 | Alibaba | Dongguan Komo Household Products Limited | 1600464122517 |
| 13 | Alibaba | Cangnan Donghui Industrial Co., Ltd. | 1600385738352 |
| 14 | Alibaba | Yiwu Yutai Trading Co., Ltd. | 1600327233819 |
| 14 | Alibaba | Yiwu Yutai Trading Co., Ltd. | 1600327199988 |
| 15 | Alibaba | Zhenjiang Haigele Electronic Technology Co., Ltd. | 1600448092732 |
| 16 | Alibaba | Huizhou Yooka Technology Co., Ltd. | 1600471646795 |
| 17 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600340541230 |
| 18 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600322670226 |
| 19 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600335252215 |
| 19 | Alibaba | Jiaxing Joyan Houseware Products Co., Ltd. | 1600331531226 |
| 20 | Alibaba | S-Element (ningbo) Trading Technology Co., Ltd. | 1600396895257 |
| 21 | Alibaba | Shenzhen Yuke Technology Co., Ltd. | 1600382762105 |
| 22 | Alibaba | Hangzhou Qiji Information Technology Co., Ltd. | 1600305715259 |
| 23 | Alibaba | Zhongshan Huiren Electric Appliance Co., Ltd. | 1600384921172 |
| 23 | Alibaba | Zhongshan Huiren Electric Appliance Co., Ltd. | 1600384684889 |
| 23 | Alibaba | Zhongshan Huiren Electric Appliance Co., Ltd. | 1600384711847 |
| 24 | Alibaba | Yiwu Ruifang Sporting Goods Co., Ltd. | 1600501578798 |
| 25 | Alibaba | Beijing SSDW Co., Ltd | 1600465825728 |
| 26 | Alibaba | Yiwu Zhigou E-Commerce Co., Ltd. | 1600370730703 |

| 27 | Alibaba | Shanghai Suke New Material Co., Ltd. | 1600390733085 |
|---|---|---|---|
| 28 | Alibaba | Shenzhen Jobonglobal Industral Co., Ltd. | 1600487712226 |
| 28 | Alibaba | Shenzhen Jobonglobal Industral Co., Ltd. | 160043010641 |
| 28 | Alibaba | Shenzhen Jobonglobal Industral Co., Ltd. | 1600425515290 |
| 29 | Alibaba | Everich And Tomic Housewares Co., Ltd. | 1600490058010 |
| 30 | Alibaba | Anhui Bellwether Technology Co., Ltd. | 1600478822813 |
| 31 | Alibaba | Shenzhen Trussu Industrial Co., Ltd. | 1600495461779 |
| 32 | Alibaba | Hangzhou Yichong Technology Co., Ltd. | 1600490379534 |
| 33 | Alibaba | Yiwu Naer Imp & Exp Co., Ltd. | 1600460589859 |
| 34 | Alibaba | Yiwu Fanxi Jewelry Co., Ltd. | 1600470977528 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600428654289 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600424792407 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600346468664 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600426100997 |
| 35 | Alibaba | Yiwu Hengtuo Adhesive Articles Co., Ltd. | 1600426232267 |
| 36 | Alibaba | Yiwu Jiuyu Pet Product Co., Ltd | 1600472495792 |
| 37 | Alibaba | Yiwu Zunqiang Commodity Co., Ltd. | 1600484973066 |
| 37 | Alibaba | Yiwu Zunqiang Commodity Co., Ltd. | 1600484945591 |
| 38 | Alibaba | Yuyao Aier Electrical Appliance Co., Ltd. | 1600465283368 |
| 39 | Alibaba | Yiwu Zuqa Craft Co., Ltd. | 1600351848138 |
| 40 | Aliexpress | Laikeet Specialty Store | 3256803798133360 |
| 41 | Aliexpress | Good Factory Store | 2255800407945720 |
| 42 | Aliexpress | Make Life Well Store | 3256803346495750 |
| 43 | Aliexpress | Beautylovers Cosmetic Store | 3256803902144630 |
| 44 | Aliexpress | SDaylife Store | 3256803901675200 |
| 45 | Aliexpress | Sbeauty Nail Art Store | 3256804159067500 |
| 46 | Aliexpress | Be Tattoo Professional Factory Store | 3256804158994210 |
| 47 | Aliexpress | In-novation Store | 3256803901748910 |
| 48 | Aliexpress | EmptyHome Store | 3256803229154140 |
| 49 | Aliexpress | TOBENICE Store | 3256804158810510 |
| 50 | Aliexpress | IN-SASINA Store | 3256804159450830 |
| 51 | Aliexpress | BeautySgood Store | 3256803902499430 |
| 52 | Aliexpress | Atooltour Instrument Store | 3256804199403590 |
| 53 | Aliexpress | TTLIFE SunFay Store | 3256803940505490 |
| 54 | Aliexpress | Loving Ya House Store | 3256804173480950 |
| 55 | Aliexpress | Sweety Online Store | 3256804160328650 |
| 56 | Aliexpress | Albumen Beautys Store | 3256804158855650 |
| 57 | Aliexpress | Sisj77 Store | 3256804158861700 |
| 58 | Aliexpress | POPETPOP Global Dropshipping Store | 3256804173841960 |
| 59 | Aliexpress | Life Grobal Store | 3256803337218090 |

| 60 | Aliexpress | Shop5739021 Store | 3256804002563550 |
|----|------------|-------------------|------------------|
| 61 | Aliexpress | VOGVIGO Convenient life Store | 3256804035805460 |
| 62 | Aliexpress | In-Trend Store | 3256804159710750 |
| 63 | Aliexpress | SRosanne Store | 3256804158433670 |
| 64 | Aliexpress | Shop900247492 Store | 3256803444423980 |
| 65 | Aliexpress | Ideal-One-Home Store | 3256803240267780 |
| 66 | Aliexpress | Flit Day Store | 3256803403996730 |
| 67 | Aliexpress | life-nice Store | 3256803386137010 |
| 68 | Aliexpress | Have fun Tool Store | 3256803437976400 |
| 69 | Aliexpress | Treasures Box Store | 3256803403164160 |
| 70 | Aliexpress | Boutique+ department Store | 3256803386158930 |
| 71 | Aliexpress | Shop911040053 Store | 3256803788276040 |
| 72 | Aliexpress | Shop911138261 Store | 3256803245630580 |
| 73 | Aliexpress | Shop911110057 Store | 3256803245624310 |
| 74 | Aliexpress | Sweethomehi Store | 3256804139471230 |
| 75 | Aliexpress | Life in the cloud Store | 3256804039035100 |
| 76 | Aliexpress | Yoyolin Store | 3256803788850960 |
| 77 | Aliexpress | Garden Party Dropshipping Store | 3256803783626170 |
| 78 | Aliexpress | Cloudapex Globle House Store | 3256803624256710 |
| 79 | Aliexpress | Hut building shop Store | 3256804099623360 |
| 80 | Aliexpress | Warm House&Life Store | 3256803343247080 |
| 81 | Aliexpress | GGrowing fond of you Store | 3256803245552630 |
| 82 | Aliexpress | Nautical12138 Store | 3256803472004440 |
| 83 | Aliexpress | Sichun YY Store | 3256802642920310 |
| 84 | Aliexpress | Cheerful Decoration Store | 3256803336556130 |
| 85 | Aliexpress | Party decoration Dropshipping Store | 3256803992322340 |
| 86 | Aliexpress | Y-Restwell Store | 3256802981117000 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006914280 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006979690 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006898750 |
| 86 | Aliexpress | Y-Restwell Store | 3256802988420480 |
| 86 | Aliexpress | Y-Restwell Store | 3256803006789680 |
| 87 | Aliexpress | CL-household tool Store | 3256803715807770 |
| 88 | Aliexpress | GO Star Store | 3256804021890360 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804154063770 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804154128360 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804060345280 |
| 89 | Aliexpress | Shop1100220539 Store | 3256804080980360 |
| 90 | Aliexpress | Shop1102115451 Store | 3256804139771430 |
| 91 | Amazon | EJiaDuola | B09FJPZ18N |

| 92 | Amazon | Mokani Direct | B09FJNQ25J |
|---|---|---|---|
| 93 | Amazon | Fande US | B09DCKRPMN |
| 93 | Amazon | Fande US | B09DCP2J77 |
| 94 | Amazon | Litostar Land | B0B3118LSK |
| 95 | Amazon | Joye-Journey | B09HNZ6CDT |
| 95 | Amazon | Joye-Journey | B09HNZNT3F |
| 95 | Amazon | Joye-Journey | B0B981DPCW |
| | | | |
| 97 | Amazon | Gymini Direct | B09WSJYQMK |
| 97 | Amazon | Gymini Direct | B09Y93DCZP |
| 98 | Amazon | GERTEISE | B09L4L5D6T |
| 98 | Amazon | GERTEISE | B09L3YDD3N |
| 98 | Amazon | GERTEISE | B09L44WXDK |
| 98 | Amazon | GERTEISE | B09L3YN4X6 |
| 99 | Amazon | dabarlea | B09X8LHQ4P |
| 100 | Amazon | ZYAWP | B09H5R3RY7 |
| 100 | Amazon | ZYAWP | B09C4H4TMD |
| 101 | Amazon | Ailite Intelligent | B0B6ZC1MZP |
| 102 | Amazon | Toyaeko | B09SWQ7TB7 |
| 103 | Amazon | ShiQiong | B09GFMF4N1 |
| 103 | Amazon | ShiQiong | B09GFDG3S8 |
| 104 | Amazon | FREZZEL | B09GLBSBFZ |
| 105 | Amazon | RanRuXin | B09MCSMC9W |
| | | | |
| 107 | Amazon | xiaohuolu | B09B3PQDCB |
| 107 | Amazon | xiaohuolu | B09ZX95L8P |
| 107 | Amazon | xiaohuolu | B09FT28JK3 |
| 108 | Amazon | SEE FLUFF | B091TPRJ3S |
| 109 | Amazon | The Hoper | B098XYC7BK |
| 110 | Amazon | PINNGEE | B09TR8VP25 |
| 111 | Amazon | haskcvhd | B09T6VC3R6 |
| 112 | Amazon | qiweikongjian | B09N977T2Z |
| 112 | Amazon | qiweikongjian | B09P89BT4N |
| 112 | Amazon | qiweikongjian | B09P8C74PS |
| 112 | Amazon | qiweikongjian | B09LYGZPVN |
| 112 | Amazon | qiweikongjian | B09NPVZY41 |
| 112 | Amazon | qiweikongjian | B09N6M3D9F |
| 112 | Amazon | qiweikongjian | B09MY8PKRV |

| 112 | Amazon | qiweikongjian | B09N7CRN1F |
|---|---|---|---|
| 112 | Amazon | qiweikongjian | B09N8VQXPJ |
| 112 | Amazon | qiweikongjian | B09NLM9BLY |
| 112 | Amazon | qiweikongjian | B09BF235K1 |
| 113 | Amazon | YUWU US | B096SHMXXW |
| 113 | Amazon | YUWU US | B096MSY1MJ |
| 114 | Amazon | betex | B09CMQRBY9 |
| 115 | Amazon | jiapengbaihuo | B0B38KLNFR |
| 116 | Amazon | Feileng | B09XQB76BK |
| 116 | Amazon | Feileng | B09XQRD4QR |
| 117 | Amazon | JFYC | B0B2QJCBB2 |
| 118 | Amazon | JINSHENG21 STORE | B09TH3P3TR |
| 119 | Amazon | AKHDAR | B09KZMC4D2 |
| 120 | Amazon | Mumukao | B0B5PZT9G7 |
| 120 | Amazon | Mumukao | B0B2PQK337 |
| 121 | Amazon | changyuwu | B09J18RJWY |
| 122 | Amazon | REKOROB | B09QZJ6PJ3 |
| 122 | Amazon | REKOROB | B09ZP71VSK |
| 123 | Amazon | MAITESITE US | B09Q6F74KZ |
| 123 | Amazon | MAITESITE US | B09Q6DJCY8 |
| 124 | Amazon | Kidlots | B09L1GK76R |
| 124 | Amazon | Kidlots | B09L1HGPC1 |
| 125 | Amazon | Luckybabys | B09JLMHSZ9 |
| 125 | Amazon | Luckybabys | B09JLL8WPW |
| 126 | Amazon | COOKAIS | B09C1K4PJS |
| 127 | Amazon | Shi Da | B09XL6RLP5 |
| 127 | Amazon | Shi Da | B09XJWCDXX |
| 128 | Amazon | CM Store's | B09NZPY2T6 |
| 129 | Amazon | Swalle | B09XQ9WWKT |
| 129 | Amazon | Swalle | B09XQDJSSM |
| 130 | Amazon | bdaugd444 | B09F2PSXZB |
| 131 | Amazon | JLDS | B09PY8QM91 |
| 132 | Amazon | Leen's Bay Picks | B0943KTRTD |
| 133 | Amazon | kkpeach | B09F328XGV |
| 133 | Amazon | kkpeach | B09F31LFTG |
| 133 | Amazon | kkpeach | B09F326YXR |
| 134 | Amazon | dalangchao | B09VBPQMLK |
| 134 | Amazon | dalangchao | B09BF235K1 |
| 134 | Amazon | dalangchao | B09MM38SNW |
| 134 | Amazon | dalangchao | B09QHV7227 |

| 135 | Amazon | skyning | B09RGQX7TQ |
|---|---|---|---|
| 135 | Amazon | skyning | B09RGPHLJF |
| 136 | Amazon | good_thing | B09MP34R8N |
| 137 | Amazon | Fority | B09BG36TFB |
| 138 | Amazon | OJJ-LL | B09BNK5GFP |
| 138 | Amazon | OJJ-LL | B09BNL7JS8 |
| 138 | Amazon | OJJ-LL | B09BNJ285K |
| 139 | Amazon | nicything | B09XQ9R1DK |
| 139 | Amazon | nicything | B09XQC7JZF |
| 140 | Amazon | HALIGHT | B0B14F63HW |
| 140 | Amazon | HALIGHT | B0B14J4VSG |
| 140 | Amazon | HALIGHT | B0B13ZBRDQ |
| 141 | Amazon | kwh | B09N94DBTX |
| 142 | Amazon | EBWHOLE | B0B1ZJXKG5 |
| 143 | Amazon | zhileju | B09P46LR4W |
| 144 | Amazon | Bao jing | B09JS3LVWG |
| 145 | Amazon | TFS TOP ¬∑ FANS | B0B1YMDX5Y |
| 145 | Amazon | TFS TOP ¬∑ FANS | B09NPN16MV |
| 145 | Amazon | TFS TOP ¬∑ FANS | B09XMQMJWH |
| 146 | Amazon | minshengguojimaoyi | B09Y2X3B8N |
| 147 | Amazon | hahahao | B0B1C29SXB |
| 148 | Amazon | hechenmaoyiyouxiangongsi | B09NR264S8 |
| 149 | Amazon | cherong | B09MD8N45X |
| 149 | Amazon | cherong | B09MD8RXP1 |
| 149 | Amazon | cherong | B09MD7RF6X |
| 150 | Amazon | SBTHMHWSD | B09MLPYJ3L |
| 150 | Amazon | SBTHMHWSD | B09MLPNX62 |
| 151 | Amazon | DELMATECH | B09MHZTZLF |
| 151 | Amazon | DELMATECH | B09MHZRTD1 |
| 152 | Amazon | Ruibao-us | B09XM29TTH |
| 153 | Amazon | Panaroma Arena | B09C7VG15Y |
| 154 | Amazon | Animusphere | B09VSS7KRF |
| 154 | Amazon | Animusphere | B09VSRZDL3 |
| 155 | Amazon | Dobukun | B09TVXKZZH |
| 156 | Amazon | tanjitanhao | B09QS9X6L7 |
| 157 | Amazon | Vvan | B09FHVV6WS |
| 157 | Amazon | Vvan | B09FHWGJJ8 |
| 158 | Amazon | MIKOWENUS | B09V2RF2JG |
| 159 | Amazon | Earth radius Encantador | B09S62ZGNG |
| 159 | Amazon | Earth radius Encantador | B09S5Y9RX1 |

| 160 | Amazon | Heitaisi | B09XQKNW8P |
|-----|--------|----------|------------|
| 160 | Amazon | Heitaisi | B09XQRC6DF |
| 161 | Amazon | 7 STAR LLC | B09S61RHLJ |
|  |  |  |  |
| 163 | Amazon | chenxaioyandedian | B09VDGKGHC |
| 164 | Amazon | NailTools-Store | B09VDCVGXT |
| 165 | Amazon | LINTIO | B09FJV98HR |
| 166 | Amazon | SURGKD | B09W235ZBK |
| 166 | Amazon | SURGKD | B09TSL8XSV |
| 167 | Amazon | zengjiewenn | B09F9N67P2 |
| 167 | Amazon | zengjiewenn | B09F9N66B2 |
| 168 | Amazon | Jia yun | B0B4B2313B |
| 169 | Amazon | guangzhouyouzhikejiyouxiangongsi | B09VDGKGHC |
| 170 | Amazon | CASA LOMA CANADA | B09JBJ126T |
| 171 | Amazon | angellovesyou | B0B4W5BGS1 |
| 172 | Amazon | KG Homegoods | B09RSSR2TS |
| 173 | Amazon | LAKEEVAN | B09NBPVRK1 |
| 174 | Amazon | Tailaen | B09JKKXKWR |
| 175 | Amazon | Givemefivebeauty | B09Q3CXSV9 |
| 176 | Amazon | Dealznest | B09K53P46Z |
| 176 | Amazon | Dealznest | B09PFR6HLT |
| 177 | Amazon | rongdekeji | B09N8NDK49 |
| 177 | Amazon | rongdekeji | B09N8SWCPF |
| 177 | Amazon | rongdekeji | B09N92P4MN |
| 177 | Amazon | rongdekeji | B09N8R78MG |
| 177 | Amazon | rongdekeji | B0B3RSBRHV |
| 178 | Amazon | SY Flagship Store | B09F9G2TRC |
| 178 | Amazon | SY Flagship Store | B09Q3CDM4R |
| 178 | Amazon | SY Flagship Store | B09TND7LR1 |
| 178 | Amazon | SY Flagship Store | B09STT9CKM |
| 179 | Amazon | KuzaoilUS | B09WKBSGDF |
| 179 | Amazon | KuzaoilUS | B09XJ1H4GS |
| 179 | Amazon | KuzaoilUS | B09XHZ542W |
| 180 | Amazon | LINTPS Clean | B0B6HCTFG3 |
| 180 | Amazon | LINTPS Clean | B0B5TFZRR2 |
| 180 | Amazon | LINTPS Clean | B09MVP91Q3 |
| 180 | Amazon | LINTPS Clean | B09LR6MYR3 |
| 181 | Amazon | Sharous | B09RGQK5T3 |
| 181 | Amazon | Sharous | B09RGRBCST |
| 182 | Amazon | AMZONE302 | B0B6S5R6YY |

| 182 | Amazon | AMZONE302 | B0B6S43XCL |
|---|---|---|---|
| 183 | Amazon | serialUs | B09K79LKC1 |
| 184 | Amazon | Meigue | B09TPLQ57M |
| 185 | Amazon | AngelBird | B09J2CXW4Y |
| 185 | Amazon | AngelBird | B09J2B96YB |
| 185 | Amazon | AngelBird | B09J2CJ9KY |
| 185 | Amazon | AngelBird | B09J2C7H1F |
| 185 | Amazon | AngelBird | B09HBDNL8K |
| 186 | Amazon | Smein bule | B09XBLNZJB |
| 186 | Amazon | Smein bule | B0B4J2FDXP |
| 187 | Amazon | amaon.com.fly | B09VYR6KCP |
| 188 | Amazon | Huo Lu zheng | B09P1K7YRG |
| 189 | Amazon | gengxiao | B09DKPG486 |
| 190 | Amazon | KEHOO | B0818VG78C |
| 191 | Amazon | SOCCSO | B0BBBDQ9D6 |
| 191 | Amazon | SOCCSO | B09MQVYFJ1 |
| 191 | Amazon | SOCCSO | B09MQSSWFX |
| 191 | Amazon | SOCCSO | B09MQS1Y88 |
| 191 | Amazon | SOCCSO | B09MQV691D |
| 191 | Amazon | SOCCSO | B0BBBF1V91 |
| 192 | Amazon | JUNKAIJK | B09GYKCWYV |
| 193 | Amazon | Amaronhome | B09KDDFSLR |
| 194 | Amazon | UR-smart | B099RJ69PH |
| 194 | Amazon | UR-smart | B09BQC6BPC |
| 194 | Amazon | UR-smart | B09ZNVTFBW |
| 194 | Amazon | UR-smart | B09DV1WC64 |
| 195 | Amazon | elemsy | B09LH4BWCY |
| 195 | Amazon | elemsy | B0B38D5ZM1 |
| 196 | Amazon | YIMANEILI | B09L815SLT |
| 197 | Amazon | bearace | B09J4NG6G7 |
| 198 | Amazon | Mi-Lian Store | B0B1Z64FGM |
| 199 | Amazon | YKHENGTU-US | B09JYG2N42 |
| 199 | Amazon | YKHENGTU-US | B0B54XDMMJ |
| 199 | Amazon | YKHENGTU-US | B09V181R6N |
| 200 | Amazon | penglewenhua | B09N6PMJZR |
| 201 | Amazon | Feenwsy | B09B3PWTTV |
| 201 | Amazon | Feenwsy | B09G9PJQTG |
| 202 | Amazon | heng yun | B09ZPG2JL6 |
| 203 | Amazon | Magic Direct | B0B3987W5M |
| 204 | Amazon | JINGZHANXIN | B09PTXZD6G |

| 204 | Amazon | JINGZHANXIN | B0B2DJ9KLL |
|---|---|---|---|
| | | ▮▮▮▮▮▮▮▮▮▮ | |
| 206 | Amazon | 成都金邦玛吉电子商务有限公司 (Chengdu Jinbang Maggie E-Commerce Co., Ltd.) | B0B5LDBLQF |
| 206 | Amazon | 成都金邦玛吉电子商务有限公司 (Chengdu Jinbang Maggie E-Commerce Co., Ltd.) | B0B5L9Q8GM |
| 207 | Amazon | XIAOTENGYYDS | B0B45NBVPM |
| 208 | Amazon | TUANBAO | B09L5R5NXD |
| 209 | Amazon | Kedelacke | B0B68YD9HY |
| 210 | Amazon | TiTiI | B0B82QF4C8 |
| 211 | Amazon | SOCCSOuproot | B09MT1J9ZQ |
| 211 | Amazon | SOCCSOuproot | B09MT2TVK4 |
| 211 | Amazon | SOCCSOuproot | B09MT11VVC |
| 211 | Amazon | SOCCSOuproot | B0B8WCPTZH |
| 212 | Amazon | MagicFour | B0947VD7BD |
| 213 | Amazon | JOTANG | B09DT11J3B |
| 214 | Amazon | zhongshirug | B09M352CHK |
| 215 | Amazon | DASShipment | B0818VG78C |
| 216 | Amazon | Bonvenon | B099K8192W |
| 217 | Amazon | 成都安茂曼辉电子商务有限公司 (Chengdu Anmao Manhui E-Commerce Co., Ltd.) | B0B5R1GRNT |
| 217 | Amazon | 成都安茂曼辉电子商务有限公司 (Chengdu Anmao Manhui E-Commerce Co., Ltd.) | B0B5QKMX9B |
| 218 | Amazon | Molik-Store | B09JS63DRK |
| 219 | Amazon | Trysain | B09RGPFLZQ |
| 219 | Amazon | Trysain | B09CT8Q5K6 |
| 219 | Amazon | Trysain | B09RGSJQS2 |
| 220 | Amazon | kaking | B09WTQXQKF |
| 220 | Amazon | kaking | B0B3CPWM69 |
| 220 | Amazon | kaking | B09WTQSVXF |
| 221 | Amazon | xiamenhaiqinggaoshenxinxikejiyouxiangongsi | B09MD7D51G |
| 222 | Amazon | MOUGUTOU-US | B0B5QZN78K |
| 222 | Amazon | MOUGUTOU-US | B0B5QZ3S9B |
| 222 | Amazon | MOUGUTOU-US | B0B5QZ6JTY |
| 223 | Amazon | oilmath | B09XQ2YSGZ |
| 223 | Amazon | oilmath | B09XQ748W4 |
| 224 | Amazon | xwzq | B095Z25ZHD |

| 225 | Amazon | Yinyanie | B09W4DV2RZ |
|-----|--------|----------|------------|
| 226 | Amazon | LINTPLUS | B09TVF1GKG |
| 226 | Amazon | LINTPLUS | B0B2WBHV2Y |
| 226 | Amazon | LINTPLUS | B09V4JPDP6 |
| 227 | Amazon | Nichake Direct | B09C2X776V |
| 228 | Amazon | YKT'S STORE | B09HQ11TBH |
| 228 | Amazon | YKT'S STORE | B098K8GX7Y |
| 229 | Amazon | CHQUN Store | B09VBX9466 |
| 230 | Amazon | RAVEN CONCEPT | B09L1M137G |
| 231 | Amazon | Loethe LLC | B09Q2TRQRW |
| 232 | Amazon | Rego Home | B09G748QFW |
| 233 | Amazon | BaiRongTong | B0B1DSJ8PV |
| 234 | Amazon | yangyanlidedian | B09W235ZBK |
| 235 | Amazon | Shenzhen Chuchu Trading Company | B09KMYN119 |
| 236 | Amazon | Shanghai Cejue Cultural Communication Co., Ltd | B09J3HGVRT |
| 237 | Amazon | BaLa AUTO79 | B09X1MRVSX |
| 237 | Amazon | BaLa AUTO79 | B09X1DV35F |
| 238 | Amazon | pwsap-us | B09C257KBY |
| 238 | Amazon | pwsap-us | B09C24MQQW |
|  |  |  |  |
| 240 | Amazon | YgvonlUS | B09C7VG15Y |
| 240 | Amazon | YgvonlUS | B09DXFZTHZ |
| 241 | Amazon | DGLD | B09CGQTW88 |
| 242 | Amazon | LV U inch shop | B09SVGWH3Y |
| 243 | Amazon | Master-Ed | B084X4VNFZ |
| 244 | Amazon | Super High Store | B09N3FD64F |
| 245 | Amazon | Zupowu | B09XHXGVV2 |
| 245 | Amazon | Zupowu | B09PRQFQH1 |
| 245 | Amazon | Zupowu | B09XHTJ7RT |
| 246 | Amazon | frothtec | B09XQ9SXMH |
| 246 | Amazon | frothtec | B09XQJSD5Y |
| 247 | Amazon | Tikfoam Store | B09P1K7YRG |
| 248 | Amazon | Twinko Max | B096TYYSNH |
| 248 | Amazon | Twinko Max | B096V1FH2S |
| 248 | Amazon | Twinko Max | B09TWTWPWX |
| 249 | Amazon | SOARATI | B09XXKNZFQ |
| 250 | Amazon | Si Tong | B09T3JKHZD |
| 251 | Amazon | NOKTA | B0818VG78C |
| 252 | Amazon | ILAIQKOLLC | B094JVYMRR |
| 253 | Amazon | SXXY-Store | B0B2D7P2KN |

| 254 | Amazon | rowna | B09XQS28M4 |
|-----|--------|-------|------------|
| 254 | Amazon | rowna | B09XQD51BL |
| 254 | Amazon | rowna | B09DBCWZNM |
| 255 | Amazon | Boyuyi | B09M871TYM |
| | | ███████ | |
| 257 | Amazon | KB4U | B09C4XP92K |
| 257 | Amazon | KB4U | B09HQ11TBH |
| 258 | Amazon | Mii Home | B0993TBB6K |
| 258 | Amazon | Mii Home | B0993TW92S |
| 259 | Amazon | hitsuki | B09NNGXN1S |
| 260 | Amazon | XINLONGQUANQIUKEJI | B09WMFVD52 |
| 260 | Amazon | XINLONGQUANQIUKEJI | B0B3WTJWDP |
| 261 | Amazon | Pet Store - US | B09PHH35TK |
| 262 | Amazon | Clearful | B09DBC7NWV |
| 263 | Amazon | fiengdea | B09J18RJWY |
| 264 | Amazon | duocaile | B09J865G3Z |
| 265 | Amazon | Hassan's Mart | B09FFL8M3X |
| 265 | Amazon | Hassan's Mart | B09KWXMYCS |
| 266 | Amazon | linlin561 | B09JYLP5VL |
| 266 | Amazon | linlin561 | B09JYLKSNK |
| 267 | Amazon | BONSYL store | B0B2WKFSLM |
| 267 | Amazon | BONSYL store | B0BC8SVYDS |
| 267 | Amazon | BONSYL store | B0B2WN7T3T |
| 267 | Amazon | BONSYL store | B0B2WLYD67 |
| 268 | Amazon | Delic Direct | B0B56YV3B2 |
| 269 | Amazon | Ruijiafeng | B09PBWBH73 |
| 270 | Amazon | Dealz Delight | B09K3B8WWX |
| 271 | Amazon | Oikejias | B09YJ3GNSP |
| 272 | Amazon | Superman Bobo | B09YXB57Z3 |
| 272 | Amazon | Superman Bobo | B09PYFTWQL |
| 273 | Amazon | Kusrasa | B09CTKFSKG |
| 273 | Amazon | Kusrasa | B09CTJZG1M |
| 274 | Amazon | ZRXSHOP | B09WTWKVGK |
| 275 | Amazon | Bangels Store | B09B3PQDCB |
| 276 | Amazon | Shurertjia | B09NXZCF4C |
| 277 | Amazon | 金海辉 (Jin Haihui) | B09HBBDBWW |
| 277 | Amazon | 金海辉 (Jin Haihui) | B09B9VC4PH |
| 278 | Amazon | Fitlink | B0B7HHKQ73 |
| 279 | Amazon | haomeng ltd | B09W89WZ3D |

| 280 | Amazon | pengzexingmaoyi | B09NBDKZ4M |
|---|---|---|---|
| 281 | Amazon | shishangdiyi | B09SFTM6XC |
| 281 | Amazon | shishangdiyi | B09SFTCSK9 |
| 282 | Amazon | HC com | B09GB4PSNM |
| 283 | Amazon | TIANJIAOYAN | B09PRLVSMR |
| 284 | Amazon | Flicker Trade | B09L5G8644 |
| 285 | Amazon | BaiYuan Store | B09V7WR942 |
| 286 | Amazon | SLEE8818 | B0B1MPPD25 |
| 287 | Amazon | YDTech | B09GG8XJTV |
| | | | |
| 289 | eBay | 2011-shoppinglife | 155050988132 |
| 290 | eBay | a.somarathna | 363735559351 |
| 291 | eBay | achipra_26 | 363780834160 |
| 292 | eBay | akdel72 | 384937387594 |
| 293 | eBay | aleksstef-42 | 363884061978 |
| 294 | eBay | allhero | 165343303202 |
| 295 | eBay | alque_3973 | 154943581664 |
| 295 | eBay | alque_3973 | 154943581630 |
| 295 | eBay | alque_3973 | 155006648866 |
| 295 | eBay | alque_3973 | 155006648828 |
| 296 | eBay | alvarmou_3 | 154860411887 |
| 297 | eBay | amaid2014 | 284759159826 |
| 298 | eBay | amazingshopping22 | 225054674874 |
| 299 | eBay | angar9983 | 295067403982 |
| 300 | eBay | atjan71 | 225060470344 |
| 301 | eBay | auto-life2021 | 304546347636 |
| 302 | eBay | azzi-3884 | 394026253571 |
| 302 | eBay | azzi-3884 | 394010572483 |
| 303 | eBay | bargain9808 | 304390913027 |
| 304 | eBay | be35persen | 203859872873 |
| 305 | eBay | belle-poque | 195159350138 |
| 306 | eBay | best-product-shop | 313892759012 |
| 306 | eBay | best-product-shop | 313984111332 |
| 306 | eBay | best-product-shop | 313878326569 |
| 306 | eBay | best-product-shop | 313899005121 |
| 307 | eBay | bestbuy_outlets | 225050753706 |
| 308 | eBay | bestchoices03 | 384811452280 |
| 308 | eBay | bestchoices03 | 384421543012 |
| 308 | eBay | bestchoices03 | 384442603389 |
| 308 | eBay | bestchoices03 | 384416029456 |

| 308 | eBay | bestchoices03 | 384489024592 |
| 308 | eBay | bestchoices03 | 384421589938 |
| 308 | eBay | bestchoices03 | 384889563197 |
| 309 | eBay | black_apron | 125329919671 |
| 309 | eBay | black_apron | 125329933255 |
| 310 | eBay | blackshopping22 | 353944860352 |
| 310 | eBay | blackshopping22 | 354134582771 |
| 311 | eBay | bookmarkdeals | 334246633246 |
| 311 | eBay | bookmarkdeals | 334229719017 |
| 312 | eBay | boolstrap | 194745732223 |
| 313 | eBay | brautifullove | 204016164437 |
| 314 | eBay | budisul | 394092058183 |
| 315 | eBay | chala_mart95 | 304402935759 |
| 316 | eBay | chedo_6096 | 195083019199 |
| 317 | eBay | clambang | 353994353174 |
| 318 | eBay | conrack2022 | 374083299164 |
| 319 | eBay | culoboyo007 | 265668775028 |
| 320 | eBay | cwmg.2021 | 125248048325 |
| 321 | eBay | dadaudy0 | 353955930514 |
| 322 | eBay | dailyhome99 | 354147474044 |
| 323 | eBay | de-chinafriend | 133949356031 |
| 324 | eBay | desar_6077 | 154947761757 |
| 325 | eBay | desnir-0 | 165389630637 |
| 327 | eBay | di_din12 | 403584850416 |
| 328 | eBay | diherd7673 | 353996300844 |
| 329 | eBay | dilan_stores | 144509205688 |
| 330 | eBay | dn_online_store_97 | 174993302550 |
| 331 | eBay | dp_mart07 | 175253682990 |
| 332 | eBay | e-shopchop | 313922928602 |

| | | | |
|---|---|---|---|
| | | | |
| 334 | eBay | ecom-ukworld | 124999558154 |
| 335 | eBay | ecuanizer | 284451434687 |
| 336 | eBay | elegantmall89 | 125384120870 |
| 337 | eBay | elogadcat-13 | 203843039405 |
| 338 | eBay | emang*super-store | 304334154388 |
| 339 | eBay | encounterwithyou89 | 195180728171 |
| 340 | eBay | epicedeals | 204005417402 |
| 340 | eBay | epicedeals | 204005469663 |
| 340 | eBay | epicedeals | 204005427704 |
| 340 | eBay | epicedeals | 204006966337 |
| 341 | eBay | epicesolutions | 284663985873 |
| 341 | eBay | epicesolutions | 275170890312 |
| 341 | eBay | epicesolutions | 275170919543 |
| 341 | eBay | epicesolutions | 284643718374 |
| 341 | eBay | epicesolutions | 275178366559 |
| 341 | eBay | epicesolutions | 284656556547 |
| 341 | eBay | epicesolutions | 275170845622 |
| 341 | eBay | epicesolutions | 284643603193 |
| 341 | eBay | epicesolutions | 284643750349 |
| 342 | eBay | etama-97 | 225020497982 |
| 343 | eBay | ethnicroots | 394088183750 |
| 344 | eBay | everythingsupply | 133951406316 |
| 345 | eBay | ezagus_0 | 403750014609 |
| 346 | eBay | fadristore | 384762903949 |
| 346 | eBay | fadristore | 384762925299 |
| 347 | eBay | fairos_50 | 363862634436 |
| | | | |
| 349 | eBay | fredfri_37 | 363878909827 |
| 350 | eBay | freshstores | 154942430219 |
| 351 | eBay | gadte68 | 363836645714 |
| 351 | eBay | gadte68 | 363836613176 |
| 352 | eBay | gande-1732 | 403595666499 |
| 353 | eBay | good-deals-usa | 384750802708 |
| 354 | eBay | goodideastore | 125248730486 |
| 354 | eBay | goodideastore | 125248699367 |

| 354 | eBay | goodideastore | 125270077443 |
| 354 | eBay | goodideastore | 125304159909 |
| 354 | eBay | goodideastore | 125336647720 |
| 354 | eBay | goodideastore | 125319916199 |
| 354 | eBay | goodideastore | 125092045556 |
| 354 | eBay | goodideastore | 125162961504 |
| 354 | eBay | goodideastore | 125341567205 |
| 354 | eBay | goodideastore | 125319912798 |
| 354 | eBay | goodideastore | 125304123795 |
| 354 | eBay | goodideastore | 125235581521 |
| 354 | eBay | goodideastore | 125320349204 |
| 354 | eBay | goodideastore | 125092023525 |
| 354 | eBay | goodideastore | 125004148810 |
| 354 | eBay | goodideastore | 125207908593 |
| 354 | eBay | goodideastore | 125035071141 |
| 354 | eBay | goodideastore | 125141983552 |
| 354 | eBay | goodideastore | 125185303544 |
| 354 | eBay | goodideastore | 125239597612 |
| 354 | eBay | goodideastore | 125320090171 |
| 354 | eBay | goodideastore | 125067679651 |
| 354 | eBay | goodideastore | 125127503179 |
| 355 | eBay | haelma-3080 | 393908107957 |
| 355 | eBay | haelma-3080 | 393905300199 |
| 356 | eBay | happytreelt-6 | 144404467073 |
| 357 | eBay | harite_0 | 224833129006 |
| 358 | eBay | hewa237 | 313874307552 |
| 359 | eBay | hoaletfs | 175217882154 |
| 360 | eBay | hoangbinh062 | 194933036647 |
| 361 | eBay | homediytools2019 | 155051022774 |
| 361 | eBay | homediytools2019 | 155054917244 |
| 361 | eBay | homediytools2019 | 155057280907 |
| 362 | eBay | homeyoulike | 314062032934 |
| 363 | eBay | hplive-auto | 374161023447 |
| 364 | eBay | ibi.34 | 403592268838 |
| | | | |
| 366 | eBay | impressionhome4you | 403740743009 |
| 366 | eBay | impressionhome4you | 403740773144 |
| 367 | eBay | indraniko-0 | 175329160814 |
| 368 | eBay | industrial-ukhk | 363880402714 |
| 369 | eBay | itisallforyou07 | 314024824946 |

| 369 | eBay | itisallforyou07 | 314024824995 |
|-----|------|-----------------|--------------|
|     |      |                 |              |
| 371 | eBay | jaab_121 | 225042170952 |
| 372 | eBay | jamewrigh-131 | 313980470099 |
| 373 | eBay | jp_straps | 125162879812 |
| 374 | eBay | kari_-20 | 363679153069 |
| 374 | eBay | kari_-20 | 363638956008 |
| 374 | eBay | kari_-20 | 363639780752 |
| 375 | eBay | karkarsa-qwjw2 | 284648683881 |
| 376 | eBay | kim-shop2020 | 194694959089 |
| 377 | eBay | kurang_1 | 384825009462 |
|     |      |                 |              |
| 379 | eBay | lilmay_0 | 125249872444 |
| 380 | eBay | linacelia_73 | 284845177740 |
| 381 | eBay | line_one75 | 295079407369 |
| 382 | eBay | lttus123 | 144527268402 |
| 383 | eBay | lucygstev_0 | 144559122764 |
| 384 | eBay | lunarnewseason | 314060165204 |
| 385 | eBay | lutfde55 | 155032513972 |
|     |      |                 |              |
| 387 | eBay | magic-store2020 | 154926145993 |
| 387 | eBay | magic-store2020 | 155006353255 |
| 388 | eBay | marrazicom | 403642527050 |
| 389 | eBay | maufri_85 | 394019121165 |
| 389 | eBay | maufri_85 | 394021617211 |
|     |      |                 |              |
| 391 | eBay | merantau | 265730478570 |
| 392 | eBay | mianfengshop | 354134734526 |
| 393 | eBay | miclieya-0 | 363890626935 |
| 394 | eBay | milyosi3 | 384830910220 |
| 395 | eBay | mithukari_0 | 175325135477 |
| 396 | eBay | moneymoneymall | 225047548413 |
| 397 | eBay | mrnicescott | 275308527331 |
| 398 | eBay | mylocalstore | 275050610136 |
|     |      |                 |              |
| 400 | eBay | nextmazing_com | 185429735630 |

| | | | |
|---|---|---|---|
| 401 | eBay | nilboya-0 | 144595697586 |
| | | | |
| 403 | eBay | nssellers0 | 194875929067 |
| 404 | eBay | nufaj43 | 354065428900 |
| 405 | eBay | ohohmygod | 384967390256 |
| 405 | eBay | ohohmygod | 384978091907 |
| 406 | eBay | onesmallstep666 | 265752707657 |
| 407 | eBay | pauljonesseller | 144631752515 |
| 408 | eBay | pet_dotkom | 402632137559 |
| 409 | eBay | pj-online | 195161010826 |
| 410 | eBay | plusstoreus | 203986739400 |
| 411 | eBay | qipha0 | 403706980726 |
| 412 | eBay | raoelba0 | 363680451678 |
| 412 | eBay | raoelba0 | 363677085139 |
| 413 | eBay | retan-73 | 374164634601 |
| 414 | eBay | riwah-42 | 373975882644 |
| 415 | eBay | rizjaz_67 | 144463986837 |
| 416 | eBay | royal_shark | 304509392091 |
| 417 | eBay | ruwanie_0 | 384919710531 |
| 418 | eBay | saaryc_0 | 185483156130 |
| 419 | eBay | seocta_0 | 224897725520 |
| 420 | eBay | shoperhut_store* | 203751717408 |
| | | | |
| 422 | eBay | shoppingleader | 185484101226 |
| 423 | eBay | shoppinglifetime | 394132959154 |
| 424 | eBay | shopprime365 | 234477820634 |
| | | | |
| 426 | eBay | siani_63 | 194990028516 |
| 427 | eBay | smarthomejmf | 165551573544 |
| 428 | eBay | soundadvice108 | 165553035947 |
| 429 | eBay | steffyonline | 403502827711 |
| 430 | eBay | suga-store | 403742857822 |
| 431 | eBay | sweethome666 | 195187049313 |
| 432 | eBay | syhome | 354010093327 |
| | | | |
| 434 | eBay | the_best_for_.you | 313424284247 |
| | | | |
| 436 | eBay | toptop-sy | 373809914041 |
| 436 | eBay | toptop-sy | 373814866692 |

| 437 | eBay | tyindra_0 | 403746163249 |
| 437 | eBay | tyindra_0 | 403746157842 |
| | | | |
| 439 | eBay | usa-store* | 374127276102 |
| 440 | eBay | usa*store | 363836237487 |
| 441 | eBay | usashop_store | 165473941512 |
| 442 | eBay | usfastshipping2020 | 313802175676 |
| 443 | eBay | veroal_9 | 284829687747 |
| 444 | eBay | vortexnite | 125277465937 |
| | | | |
| 446 | eBay | werkzeugemhn04 | 155054773844 |
| 447 | eBay | wilhotten0 | 313942591587 |
| 447 | eBay | wilhotten0 | 313942592153 |
| 447 | eBay | wilhotten0 | 313942591982 |
| 448 | eBay | withyoushopping | 304544023311 |
| 449 | eBay | wlz-forward | 334415494961 |
| 450 | eBay | wushuang-home2021 | 304546346351 |
| 451 | eBay | wushuang-legend | 394073089967 |
| 452 | eBay | xeca-78 | 304522952204 |
| 453 | eBay | yahaitoolsupply | 304538107876 |
| 454 | eBay | yg-autoparts | 313947159773 |
| 455 | eBay | yombenehe | 224931925335 |
| 456 | eBay | yu6142 | 353996693315 |
| 457 | eBay | yunxi-01 | 394060868773 |
| 458 | eBay | zubehormnh0i | 225043148439 |
| | | | |
| 460 | Joom | haidi888 | 628f2dc3a5b56e018d4279cf |
| 461 | Joom | Belink Concept | 62a316a962a5d9013ed0579f |
| 462 | Joom | LoveHouse-YYhome | 6288634bcca5b30178e916dd |

| 465 | Walmart | Novashion | 935558170 |
|---|---|---|---|
| 466 | Walmart | Shenzhen Ruimiaoqian Network Technology Co.,Ltd. | 303102289 |
| 467 | Walmart | Qingtian Yingying Electronic Commerce Co., Ltd. | 305587072 |
| 468 | Walmart | Ding | 756477713 |
| 469 | Walmart | LANDAF_US | 332476009 |
| 470 | Walmart | Shenzhen Dali Industry Co., Ltd. | 821260536 |
| 470 | Walmart | Shenzhen Dali Industry Co., Ltd. | 351488757 |
| 470 | Walmart | Shenzhen Dali Industry Co., Ltd. | 696898587 |
| 471 | Walmart | Shanghai Leiyuan Energy Technology Co., Ltd. | 406592047 |
| 471 | Walmart | Shanghai Leiyuan Energy Technology Co., Ltd. | 639682730 |
| 471 | Walmart | Shanghai Leiyuan Energy Technology Co., Ltd. | 194128088 |
| 472 | Walmart | Shenzhen Linglangxi Network Technology Co., Ltd. | 624057844 |
| 472 | Walmart | Shenzhen Linglangxi Network Technology Co., Ltd. | 399244095 |
| 472 | Walmart | Shenzhen Linglangxi Network Technology Co., Ltd. | 652987605 |
| 473 | Walmart | Qingtian Diaocheng Trading Co., Ltd. | 959738262 |
| 473 | Walmart | Qingtian Diaocheng Trading Co., Ltd. | 509592556 |
| 474 | Walmart | Lucky home | 838603578 |
| 475 | Walmart | Shenzhen Xiaoyanzifei Network Technology Co., Ltd. | 197197162 |
| 475 | Walmart | Shenzhen Xiaoyanzifei Network Technology Co., Ltd. | 144051089 |
| 476 | Walmart | BRRNOO | 335645765 |
| 477 | Walmart | Shenzhen Rongxiner Network Technology Co., Ltd. | 813868742 |
| 477 | Walmart | Shenzhen Rongxiner Network Technology Co., Ltd. | 874724703 |
| 477 | Walmart | Shenzhen Rongxiner Network Technology Co., Ltd. | 304473902 |
| | | ███████████ | |
| 479 | Walmart | Fuyu | 358479135 |
| 479 | Walmart | Fuyu | 140570536 |
| 479 | Walmart | Fuyu | 680801531 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 1252127333 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 1642767011 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 1963577537 |
| 480 | Walmart | shenzhenshimeihuidawangluokejiyouxiangongsi | 537805514 |
| 481 | Walmart | FAGINEY STORE | 231506920 |
| 482 | Walmart | HILITAND | 874009310 |

| 483 | Walmart | Guangzhou Zejiadianzishangwu Youxiangongsi | 999911212 |
|-----|---------|---------------------------------------------|-----------|
| 484 | Walmart | Best Choice | 661170059 |
| 484 | Walmart | Best Choice | 517865299 |
| 485 | Walmart | MEHOME STORE | 412883581 |
| 485 | Walmart | MEHOME STORE | 434913074 |
| 486 | Walmart | shenzhenshiyulantiandianzikejiyouxiangongsi | 273793042 |
| 487 | Walmart | guangzhoushi jierongdianzi shangwuyouxiangongsi | 273793042 |
| 488 | Walmart | Cergrey Store | 1413541452 |
| 489 | Walmart | TechHomePro | 517865299 |
| 490 | Walmart | YLSHRF STORE | 137842215 |
| 491 | Walmart | LHCER STORE | 344228973 |
| ■■■ | ■■■ | ■■■ | ■■■ |
| 493 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | 609850212 |
| 493 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | 514763290 |
| 493 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | 903931914 |
| 494 | Walmart | WuhanWeiyuHongchuangkejiYouxiangongsi | 688984181 |
| 494 | Walmart | WuhanWeiyuHongchuangkejiYouxiangongsi | 431771655 |
| 494 | Walmart | WuhanWeiyuHongchuangkejiYouxiangongsi | 351670588 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 209672274 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 709667655 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 487004753 |
| 495 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 349627187 |
| ■■■ | ■■■ | ■■■ | ■■■ |
| 497 | Walmart | Cozyroom | 442170566 |
| 498 | Walmart | Tebru STORE | 1130199362 |
| 499 | Walmart | zhiqixuan | 820490326 |
| 499 | Walmart | zhiqixuan | 376576416 |
| 499 | Walmart | zhiqixuan | 636024977 |
| 500 | Walmart | YICHAOFAN STORE | 1901257873 |
| 501 | Walmart | Your Win Trading Group Inc | 683272755 |
| 502 | Walmart | XiaMen Shi AiDeMan XinXiKeJi YouXian GongSi | 286870958 |
| 502 | Walmart | XiaMen Shi AiDeMan XinXiKeJi YouXian GongSi | 970618714 |
| 502 | Walmart | XiaMen Shi AiDeMan XinXiKeJi YouXian GongSi | 330210123 |
| 503 | Walmart | Alite-US | 216981980 |
| 504 | Walmart | Younghome | 433624867 |

| 505 | Walmart | Coloody | 1236881229 |
|-----|---------|---------|------------|
| 506 | Walmart | Fortioo | 285238692 |
| 506 | Walmart | Fortioo | 507362262 |
| 507 | Walmart | Lowerprice Store | 543872735 |
| 508 | Walmart | sigeshangmao | 319600397 |
| 509 | Walmart | CHENGYU | 926187336 |
| 510 | Walmart | FEIXINXIN STORE | 1654718587 |
| 511 | Walmart | xuhua | 541674540 |
| 511 | Walmart | xuhua | 399494110 |
| 511 | Walmart | xuhua | 351809930 |
| 511 | Walmart | xuhua | 781105380 |
| 512 | Walmart | Leyueyi Store | 720618025 |
| 513 | Walmart | Caitzr | 928012968 |
| 513 | Walmart | Caitzr | 577437662 |
|  |  |  |  |
| 515 | Walmart | Smileol | 823976239 |
| 516 | Walmart | YiwushiZhaoYuDianZiShangWuYouXianGongSi | 797904338 |
| 516 | Walmart | YiwushiZhaoYuDianZiShangWuYouXianGongSi | 977203507 |
| 517 | Walmart | shenzhenshishangpinyuandianzishangwuyouxiangongsi | 183156258 |
| 517 | Walmart | shenzhenshishangpinyuandianzishangwuyouxiangongsi | 266604853 |
| 517 | Walmart | shenzhenshishangpinyuandianzishangwuyouxiangongsi | 401220695 |
| 518 | Walmart | dongguanshisuyingshangmaoyouxiangongsi | 249352882 |
| 518 | Walmart | dongguanshisuyingshangmaoyouxiangongsi | 520423049 |
| 518 | Walmart | dongguanshisuyingshangmaoyouxiangongsi | 690990212 |
| 519 | Walmart | shenzhenshijiahuoyuandianzishangwuyouxiangongsi | 842868016 |
| 520 | Walmart | zhengzhouzienlvxingsheyouxiangongsi | 786764348 |
| 521 | Walmart | Peantoia | 325783419 |
| 521 | Walmart | Peantoia | 1656581905 |
| 522 | Walmart | Viznte | 361909018 |
| 523 | Walmart | Wanhui | 700750001 |
| 524 | Walmart | yuehongyang | 826392784 |
| 525 | Walmart | EAST VIRTUE | 443105381 |
| 526 | Walmart | Valatala | 770262039 |
| 527 | Walmart | MMY | 265853124 |
| 528 | Walmart | Sweeky | 833761329 |

| 528 | Walmart | Sweeky | 378209144 |
|-----|---------|--------|-----------|
| 528 | Walmart | Sweeky | 343511912 |
| 528 | Walmart | Sweeky | 453213744 |
| 528 | Walmart | Sweeky | 509535711 |
| 528 | Walmart | Sweeky | 850378983 |
| 528 | Walmart | Sweeky | 347674556 |
| 528 | Walmart | Sweeky | 902472093 |
| 528 | Walmart | Sweeky | 768561958 |
| 529 | Walmart | Yszodd | 737542232 |
| 529 | Walmart | Yszodd | 817900658 |
| 529 | Walmart | Yszodd | 109955508 |
| 530 | Walmart | tianjinqingmuwangluokejiyouxiangongsi | 493643626 |
| 531 | Walmart | shenzhenshizhiougudianzishangwuyouxiangongsi | 467723249 |
| 532 | Walmart | Kody.llc | 959423654 |
| 533 | Walmart | Nafxzy | 296420045 |
| 533 | Walmart | Nafxzy | 632950205 |
| 533 | Walmart | Nafxzy | 414484110 |
| 533 | Walmart | Nafxzy | 888046654 |
| 534 | Walmart | BAMANS | 266119016 |
| 535 | Walmart | BARDNONEGAS | 280904133 |
| 536 | Walmart | shenzhenshishilongwangluokejiyouxiangongsi | 168865588 |
| 537 | Walmart | Pakainn | 396120933 |
| 538 | Walmart | Vadunsuz | 261109250 |
| 539 | Walmart | Quality Life Store | 986981851 |
| 540 | Walmart | shenzhenshijiqiaowangluokejiyouxiangongsi | 167241552 |
| 541 | Walmart | shenzhenshihonglanwangluokejiyouxiangongsi | 321317447 |
| 541 | Walmart | shenzhenshihonglanwangluokejiyouxiangongsi | 254103725 |
| 542 | Walmart | shenzhenshianleshengdianzishangwuyouxiangongsi | 1137282825 |
| 542 | Walmart | shenzhenshianleshengdianzishangwuyouxiangongsi | 1763280154 |
| 542 | Walmart | shenzhenshianleshengdianzishangwuyouxiangongsi | 1140445321 |
| 543 | Walmart | Quintina | 548845687 |
| 543 | Walmart | Quintina | 366786361 |
| 543 | Walmart | Quintina | 887235833 |
| 543 | Walmart | Quintina | 363166930 |
| 544 | Walmart | Good Luck Pendant | 442170566 |
| 545 | Walmart | shenzhenshiliyuwangluokejiyouxiangongsi | 581243475 |
| 546 | Walmart | Danjastic | 269207508 |
| 547 | Walmart | Shen zhen shi jing yao fei ke ji you xian gong si | 423788628 |

| 548 | Walmart | US ALSISK | 741785112 |
|---|---|---|---|
| 548 | Walmart | US ALSISK | 589659236 |
| 548 | Walmart | US ALSISK | 678177809 |
| 549 | Walmart | Shen zhen shi ye hong ke ji you xian gong si | 1521742087 |
| 550 | Walmart | Merzam | 941133210 |
| 551 | Walmart | Mercita | 714981089 |
| 552 | Walmart | Donewelo | 740687228 |
| | | | |
| 554 | Walmart | yalita | 373049458 |
| 555 | Walmart | Shenzhenshi Yizhuanglong Maoyi Youxiangongsi | 383114565 |
| 556 | Walmart | Heopbird | 214052807 |
| 557 | Walmart | EOSWLADO | 1438622623 |
| 558 | Walmart | Comdar | 1662913399 |
| 559 | Walmart | Xmastr | 502440857 |
| | | | |
| 561 | Walmart | Nowsnde | 286684376 |
| 562 | Walmart | Shen zhen shi zhong li rui ke ji you xian gong si | 1103341361 |
| 563 | Walmart | Zhuzhoushi Yingming Maoyi Youxiangongsi | 580482180 |
| 563 | Walmart | Zhuzhoushi Yingming Maoyi Youxiangongsi | 285675240 |
| | | | |
| 565 | Walmart | Blirik | 1074187815 |
| 566 | Walmart | Gukom | 286040588 |
| 567 | Walmart | Miruku | 662115005 |
| 568 | Walmart | shenzhenshi shenghuashuo dianzishangwu youxiangongsi | 1480345354 |
| 568 | Walmart | shenzhenshi shenghuashuo dianzishangwu youxiangongsi | 1955870745 |
| 568 | Walmart | shenzhenshi shenghuashuo dianzishangwu youxiangongsi | 1162067290 |
| | | | |
| 570 | Wish | Hdhdhdb | 614456ddf9e947c40de2a076 |
| 571 | Wish | xuejie666 | 614456e0bbbab2a8df7dd335 |
| 572 | Wish | Railey | 622f191204f3b983bed48641 |
| 573 | Wish | wangshiyi | 614456e3a6cbe81ed18ce9ca |

| 574 | Wish | tgreyewyruyret | 61445717e924e6cb2 8735913 |
|-----|------|----------------|----------------------------|
| | | | |
| 576 | Wish | wangwenxiang p | 625e7ea89a15d2c61 80ca879 |
| 577 | Wish | luhaochen Store | 61161e71afe943ae02 e1c91b |
| 577 | Wish | luhaochen Store | 6110a7b84e14bd506 cdcf3cf |
| 577 | Wish | luhaochen Store | 61161d825b292d228 25b630a |
| 577 | Wish | luhaochen Store | 611088d5d83eb0781 7f343a4 |
| 578 | Wish | Evelyn-JM | 617ca4e48a7a897ed 8fb2cfc |
| 579 | Wish | sandboxenv | 60d420b9369e7761a 5f24882 |
| 580 | Wish | NurKar Retail | 624577db9f02d42b3 5492f06 |