**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-4925 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**AGREED MOTION FOR AN EXTENSION OF TIME**

Plaintiff Uproot Lint, LLC ("Plaintiff"), and Defendant No. 248 Hangzhou Twinko Max Supply Chain Management Co., Ltd. d/b/a Twinko Max ("Defendant") acting through the undersigned counsel, hereby submit this agreed motion for a one-week extension of time, up to and including November 22, 2022, for Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt No. 60) (the "Response").

Date: November 14, 2022

| | |
|---|---|
| /s/Brandon Beymer <br> Brandon Beymer (ARDC No. 6332454) <br> Daliah Saper (ARDC No. 6283932) <br> Saper Law Offices, LLC <br> 505 N. Lasalle, Suite 60654 <br> Chicago, Illinois 60654 <br> (312) 527-4100 <br> ds@saperlaw.com <br> brandon@saperlaw.com <br><br> Attorneys for Plaintiff | /s/ Daniel I Konieczny <br> Daniel I Konieczny <br> TABET DIVITO & ROTHSTEIN LLC <br> 209 S LaSalle St., 7th Floor <br> Chicago, IL 60604 <br> dkonieczny@tdrlaw.com <br> Ph: (312) 762-9450 <br> Fax: (312) 762-9451 <br><br> One of Defendant's Attorneys |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

                                                                          */s/ Brandon Beymer*
                                                                          Brandon Beymer