





Case: 1:22-cv-04925 Document #: 130-1 Filed: 02/17/23 Page 3 of 3 PageID #:2383

EXHIBIT A