

EXHIBIT B

