UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPROOT LINT, LLC, | ) |
| Plaintiff, | ) ) ) Case No. 22-CV-4925 |
| v. | ) ) Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) ) ) Magistrate Judge Gabriel A. ) Fuentes ) ) |
| Defendants. | ) |

### DECLARATION OF DONGLIANG LEI

I, Dongliang Lei, of Yongzhou, China, declare as follows:

1. I am a businessman and inventor. Amongst the many products I have sold during my career is the "Uproot Lint Cleaner", a product which I designed and for which I obtained a United States Design Patent, Patent No. D889,851.

2. I fully understand this English declaration with the help of Chinese translation.

3. I am the manager and beneficial owner of entities which own four Amazon store fronts, all of which have sold the Uproot Lint Cleaner, using the word "uproot" either in the title or the description of the product.

4. The four stores are OJJ-LL, KEHOO, ILAIQKOLLC, and KFIAQ-QWAS. Three of those stores, OJJ-LL, KEHOO, ILAIQKOLLC, are named as defendants in this lawsuit.

1

EXHIBIT F

EXHIBIT 1

5. I have called this product the "Uproot Lint Cleaner" since at least as early as 2019. At that time, "uproot" was a commonly used name to describe a particular type of lint cleaning product characterized by a copper comb which is particularly effective at cleaning lint and pet hair from carpets and other fabrics.

6. My store KEHOO began using the term "uproot" in connection with the product in November 2019. The Amazon sales page for KEHOO's "Uproot Lint Cleaner" largely as it was when the lint removing product, whose Amazon Sales Identification Number ("*ASIN*") is B0818VG78C, was on November 10, 2019 and as it remained until the listing was taken down due to this lawsuit is attached as Exhibit 1.

7. Exhibit 1 is a printout of KEHOO's Canadian Amazon page for B0818VG78C, with variable material generated by Amazon. The Canadian page for B0818VG78C is identical to the American page as it was on November 10, 2019, at least as to the use of "Uproot Lint Cleaner".

8. That page is no longer accessible due to the TRO in this matter. Unfortunately, I am unable to locate any contemporary records from 2019 that show the use of "Uproot Lint Cleaner". However, I supervised the creation of both the Canadian and American pages in November 2019, and they made identical use of the term "Uproot Lint Cleaner".

9. As a sales strategy, we change the wording of the titles and descriptions of our products based on search trends, which can be determined by tools such as Google Trends (trends.google.com). Using such tools, it became apparent to me that

users were searching for lint cleaners with the word "uproot". I adjust the keywords on the store fronts at various times based on those search results.

10. The use of "uproot" in connection with the lint cleaner was based on the common use of the term for that particular type of lint cleaner in 2019. When we first started making this product in 2019, the title was simply "portable lint remover" as the title. But in the process of operation, we slowly found that the word "uproot lint cleaner" is one of the best four words to describe this product to convert orders. Using https://trends.google.me/trends/, we found that consumers often use "Uproot" to search for cleaning products. We slowly put this word in the title, five points inside, so that the order conversion will be higher, i.e. to improve our sales.

11. As shown in Exhibit 2, between November 16, 2019 and February 1, 2021, KEHOO, using "Uproot Lint Cleaner" in the description as I noted above, sold 60,908 "Uproot Lint Cleaner" units (ASIN B0818VG78C) in the United States.

12. As shown in Exhibit 3, KFIAQ-QWAS began using "uproot" as the title for handheld lint cleaners (ASIN B094VWMC8N) on June 20, 2021. The title, in part, of that product was "2 Pack Portable Lint Remover, Fabric Shaver uproot lint, Clothes Fuzz Shaver - Reusable Double Sided Lint Remover Travel Brush for Removing Lint". Between June 20, 2021 and July 6, 2021, KFIAQ-QWAS sold 2,774 "uproot lint" units in the United States.

13. OJJ-LL and ILAIQKOLLC began using "uproot" sometime after July 6, 2021. The choice to use "uproot" for those items was based on the success of "uproot" in connection with the KFIAQ-QWAS and KEHOO storefronts. I had no knowledge of

EXHIBIT F

plaintiff's UPROOT CLEAN trademark registration until the plaintiff filed a complaint via Amazon for our uses of this word.

14. None of my stores has ever used Plaintiff's registered trademark for the design using diamonds and stars.

15. Exhibits 2 and 3 are spreadsheets too voluminous to attach to this declaration as pdfs. I exported the spreadsheets from Amazon and provided them to my attorneys. I understand they will provide them to the attorneys for Plaintiff and to the Court if so directed.

16. Exhibit 2 has the file name *Sales Records KEHOO of Asin B0818VG78C*.

17. Exhibit 3 has the filename *Sales Records KFIAQ-QWAS of Asin B094VWMC8N*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed by Dongliang Lei

*Dongliang Lei*     DATE: 10/16/2022

Translator certification:

1. My name is Yingni XIE

2. I am fluent in both Mandarin and English

3. The foregoing translation is an accurate and true translation of the attached declaration of Dongliang Lei.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed by

___Yingni XIE___ DATE: __10/16/2022__

EXHIBIT F

Chinese translation

# 雷栋梁的声明

我是中国永州的雷栋梁，我特此声明：

1. 我是一名商人和发明人。在我销售的众多产品中，有一款是"Uproot Lint Cleaner"。这款产品由我设计并取得了美国设计专利权，专利号为 D889851。

2. 在中文翻译的帮助下，我完全理解这份英文声明。

3. 我是拥有四个亚马逊店铺实体的受益所有人和经理，这四家店铺都销售了 Uproot Lint Cleaner 产品，并在产品名称或描述中使用了"uproot"一词。

4. 这四家店铺分别是 OJJ-LL、KEHOO、ILAIQKOLLC 和 KFIAQ-QWAS。其中三家店铺 OJJ-LL、KEHOO、ILAIQKOLLC 被列为本案被告。

5. 至少早在 2019 年，我就将此产品称为"Uproot Lint Cleaner"。当时，"uproot"是用于描述铜梳类刮毛器的常用描述，此类产品可以有效地清洁地毯和其他织物上的皮棉和宠物毛。

6. 我的店铺 KEHOO 于 2019 年 11 月开始将"uproot"一词与产品联系起来。KEHOO"uproot Lint Cleaner"的亚马逊销售页面很大程度上与 2019 年 11 月 10 日上架的亚马逊加拿大站销售标识号（"ASIN"）为 B0818VG78C 的刮毛产品一样（该页面打印为附件 1），且该亚马逊美国站销售页面一致有效直到因该诉讼而被下架。

7. 附件 1 是 KEHOO 针对 B0818VG78C 的加拿大亚马逊页面的打印页面，其中页面内容从是亚马逊直接生成的。B0818VG78C 的加拿大页面与 2019 年 11 月 10 日的美国页面至少在"Uproot Lint Cleaner"的使用方面相同。

8. 由于 TRO 的原因，亚马逊美国站的页面现已无法访问，并且我无法找到 2019 年以来任何显示使用"Uproot Lint Cleaner"的临时记录。然而，我确定的是 2019 年 11 月加拿大和美国网页的创建使用了相同的术语"Uproot Lint Cleaner"。

9. 作为一种销售策略，我们根据搜索趋势更改产品标题和描述的措辞，这可以通过 Google trends（trends.Google.com）等工具实现。使用这些工具我很清楚的了解到，用户在搜索刮毛器产品时使用"uproot"一词。因此，我根据趋势词的搜索结果在不同时间段调整店铺售卖产品的关键词。

EXHIBIT F

Chinese translation

10. 与刮毛器相关的"uproot"的使用是基于 2019 年该特定刮毛器的常用描述。当我们于 2019 年首次开始生产该产品时，其标题仅为"portable lint remover"。但在经营过程中，我们慢慢发现"uproot lint cleaner"是描述该产品转换订单的最佳四个词之一。使用 https://trends.google.me/trends/，我们发现消费者经常使用"Uproot"搜索清洁产品。我们慢慢地把这个词放在标题还有五点，这样订单转化率就会更高，即提高我们的销售额。

11. 如附件 2 所示，2019 年 11 月 16 日至 2021 年 2 月 1 日，KEHOO 在描述中使用上述提到的"uproot lint cleaner"，在美国销售了 60908 个"uproot lint cleaner"（ASIN B0818VG78C）。

12. 如附件 3 所示，KFIAQ-QWAS 于 2021 年 6 月 20 日开始使用"uproot"作为手持式刮毛器（ASIN B094VWMC8N）的标题。该产品的部分标题是"2 个便携刮毛器、织物剔除器根除皮棉、衣服起毛剔除器-用于去除皮棉的可重复使用的双面皮棉去除机、旅行刷"。2021 年 6 月 20 日至 2021 年 7 月 6 日期间，KFIAQ-QWAS 在美国售出 2774 个"uproot lint"产品。

13. OJJ-LL 和 ILAIQKOLLC 在 2021 年 7 月 6 日之后的开始使用"uproot"。对这些产品使用"uproot"的选择是基于与 KFIAQ-QWAS 和 KEHOO 店面相关的"uproot"的销售欢迎程度。直到原告用未注册的商标通过亚马逊对我的链接发起投诉前，我对原告的 UPROOT CLEAN 商标注册一无所知。

14. 我的店铺从未使用原告的注册商标设计钻石和星星。

15. 附件 2 和 3 是 KEHOO（B0818VG78C）和 KFIAQ-QWAS（B094VWMC8N）销售记录电子表格，由于篇幅太大无法作为 pdf 附在本声明中，我从亚马逊网站导出电子表格，并将其提供给我的律师。我理解，如果有指示，他们会将其提供给原告律师和法院。

根据美国法律对伪证罪的处罚，本人声明，据本人所知、所知和所信，上述内容真实无误。

雷栋梁

签字: *[signature]* 日期: 10/16/2022

.ca Hello **Select your address** All B0818VG78C Hello, sign in **Account & Lists** Returns **& Orders** 0

**All** Best Sellers Customer Service Deals Store New Releases Sell Prime **Shop deals October 11–12**

**Home** Best Sellers Kitchen & Dining Arts, Crafts & Sewing Furniture Vacuums & Floor Care Bedding Storage & Organization Heating & Cooling

‹ Back to results

Share

Click to open expanded view

$18.00
$27.99

| | |
|---|---|
| **Item dimensions L x W x H** | 9.7 x 6.8 x 1 centimeters |
| **Handle material** | Wood,Metal |
| **Operation mode** | Manual |

- Durable material:This lint cleaner is made from natural wood and premium metal blade, which is eco-friendly, durable and sharp enough in use.
- Quick and safe to use:The fur remover is safely and efficiently removes fuzz, pills, and lint from the blankets, curtains, carpets, and more.
- Widely Use:As a pet hair remover.It easily remove pet hair, bread crumbs, lint, etc. without leaving sticky residue. Ideal for cleaning bedding, furniture and car interiors.
- Easy to carry:It's small in size. it is ideal for carrying in a carry-on bag when you are out and use it at any time. It can be put in the car for another one.

$18.00

FREE delivery **Friday, October 14** on your first order. Details

Or fastest delivery **Wednesday, October 12**. Order within 23 hrs 1 min. Details

Select delivery location

Only 7 left in stock.

Quantity: 1

Add to Cart

Buy now

Secure transaction

Sold by Medicated Design and Fulfilled by Amazon.

Add gift options

Add to Wish List

New (2) from $18.00 **FREE Delivery** on your first order.

**Compare Offers on Amazon**

$21.00 Add to Cart

**FREE Delivery** on your first order.

Details

Sold by: putianshichengxiangquleimieyoumaoyiyouxiar

Have one to sell?

Sell on Amazon

EXHIBIT F EXHIBIT 1



Sponsored

## Buy it with

 +  + 

Total price: $82.54

Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** KEHOO Lint Roller, Portable Lint Remover Clothes Fuzz Shaver Restores Your Clothes and Fabrics Lint Re... $18.00
- 2 PK FurZapper Pet Hair Remover $24.74
- FURemover Compact Broom, Pet Hair Removal Broom with Squeegee and Telescoping Handle That Extends from 18... $39.80

## More from popular brands

Page 1 of 3

Sponsored

PetLovers Lint Rollers for Pet Hair Extra Sticky 6 Pack - Lint Remover for Clothes
311
$22.99 ($22.99/Item)

V2.0 Large Carpet Rake Brush Pet Hair Remover, Long Handle Carpet Scraper Lint Roll...
89
$37.97

CROING Refillable Lint Roller (720 Sheets )
84
$21.99

Lint Rollers,DELOMO Sticky Rollers for Pet Hair, Large Reusable lLint Rollers for C...
75
$9.99

2pcs Manual Portab Fabric Shaver, 1 Met Carpet Lint Scraper Furniture Pet H...
504
Limited time deal
$16.48
List: ~~$19.39~~ (15% off)

## Products related to this item

Page 1 of 35

Sponsored

CROING Refillable Lint Roller (720 Sheets )
84
$21.99

PetLovers Lint Rollers for Pet Hair Extra Sticky 6 Pack - Lint Remover for Clothes
311
$22.99 ($22.99/Item)

Portable Lint Remover，Manual Clothes Fuzz Shaver, Reusable Double Sided...
327
$17.99

Dog Hair Remover,Lint Remover,Cat Hair Remover,Lint Shaver,Carpet...
116
$15.99

V2.0 Large Carpet R Brush Pet Hair Remo Long Handle Carpet Scraper Lint Roll...
89
$37.97

**Product description**

KEHOO Lint Roller, Portable Lint Remover Clothes Fuzz Shaver Resto...     https://www.amazon.ca/Portable-Remover-Clothes-Restores-Fabrics/d...

Durable material:This lint cleaner is made from natural wood and premium metal blade, which is eco-friendly, durable and sharp enough in use.

Quick and safe to use:The fur remover is safely and efficiently removes fuzz, pills, and lint from the blankets, curtains, carpets, and more.

Widely Use:As a pet hair remover.It easily remove pet hair, bread crumbs, lint, etc. without leaving sticky residue. Ideal for cleaning bedding, furniture and car interiors.

Easy to carry:It's small in size. it is ideal for carrying in a carry-on bag when you are out and use it at any time. It can be put in the car for another one.

Always keep elegant:Restores your clothes to a fresh new look excellent for removing fuzz balls on clothes even on the sofa,keep your moments simple.

Features:

1. Portable Uproot Lint Cleaner. Easily remove pet hair, bread crumbs, fluff, etc. without leaving sticky residue.

2. Very suitable for cleaning your clothing, bedding, furniture and car interiors.

3. Pure copper head ensures long maintenance time

Specification:

Material: Copper

Note:

🔥The inital use is less than 10°, scrape to test whether the clothes can be used.Remember, you can not use sweaters, otherwise it will cause hooks.

🔥Not recommended for low density knitwear, low density knit sweaters.

The package includes:

1 x Uproot Lint Cleaner

## Product information

### Technical Details

| | |
|---|---|
| Brand | KEHOO |
| Color | 1-pc |
| Product Dimensions | 9.65 x 0.76 x 1.02 cm; 50 Grams |
| Material | Wood, Copper |
| Item Weight | 50 g |

### Additional Information

| | |
|---|---|
| ASIN | B0818VG78C |
| Customer Reviews | 1 rating  5.0 out of 5 stars |
| Best Sellers Rank | #58,839 in Health & Personal Care (See Top 100 in Health & Personal Care)  #375 in Lint Removal |
| Date First Available | Nov. 23 2019 |
| Manufacturer | KEHOO |

### Feedback

Would you like to **tell us about a lower price?**

## Products related to this item

Page 1 of 20

Sponsored



CROING Refillable Lint Roller (720 Sheets )
84
$21.99

Portable Lint Remover， Manual Clothes Fuzz Shaver, Reusable Double Sided…
327
$17.99



V2.0 Large Carpet Rake Brush Pet Hair Remover, Long Handle Carpet Scraper Lint Roll...
89
$37.97



PetLovers Lint Rollers for Pet Hair Extra Sticky 6 Pack - Lint Remover for Clothes
311
$22.99  ($22.99/Item)



Dog Hair Remover,L Remover,Cat Hair Remover,Lint Shaver,Carpet…
116
$15.99

EXHIBIT F

KEHOO Lint Roller, Portable Lint Remover Clothes Fuzz Shaver Resto... https://www.amazon.ca/Portable-Remover-Clothes-Restores-Fabrics/d...

Case: 1:22-cv-04925 Document #: 41-1 Filed: 10/17/22 Page 11 of 12 PageID #:1815

Sponsored

## Customer questions & answers

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews

### Top review from Canada

Rachel & Jay

**Works really well on fleece sweaters & blankets!**
Reviewed in Canada on December 20, 2021
Color Name: 1-pc
Way better than lint rollers or duct tape.

Helpful   Report abuse

See all reviews ›

Sponsored

KEHOO Lint Roller, Portable Lint Remover Clothes Fuzz Shaver Resto...   https://www.amazon.ca/Portable-Remover-Clothes-Restores-Fabrics/d...

Case: 1:22-cv-04925 Document #: 41-1 Filed: 10/17/22 Page 12 of 12 PageID #:1816

**Customers who viewed this item also viewed**



2PCS Portable Lint Remover, Lint Rollers Clothes Fuzz Shaver, Reusable Double Sided Lint Cleaner Pro Travel…
191
$12.99
Get it by **Friday, Oct 14**

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.ca Rewards Mastercard | COVID-19 and Amazon |
| Amazon and Our Planet | Amazon Associates | Shop with Points | Shipping Rates & Policies |
| Investor Relations | Sell on Amazon Handmade | Reload Your Balance | Amazon Prime |
| Press Releases | Advertise Your Products | Amazon Currency Converter | Returns Are Easy |
| Amazon Science | Independently Publish with Us | Gift Cards | Manage your Content and Devices |
|  | Host an Amazon Hub | Amazon Cash | Customer Service |

English    Canada

| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Business<br>Everything for<br>your business | Amazon Drive<br>Cloud storage<br>from Amazon | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
|---|---|---|---|---|
| Book Depository<br>Books With Free<br>Delivery Worldwide | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands |
| Warehouse Deals<br>Open-Box<br>Discounts | Whole Foods Market<br>We Believe in<br>Real Food | Amazon Renewed<br>Like-new products<br>you can trust | Blink<br>Smart Security<br>for Every Home |  |

Conditions of Use    Privacy Notice    Interest-Based Ads
© 1996-2022, Amazon.com, Inc. or its affiliates

EXHIBIT F