

US00D889851S

(12) **United States Design Patent** (10) Patent No.: **US D889,851 S**
Lei (45) **Date of Patent:** ** **Jul. 14, 2020**

(54) **LINT REMOVER**

(71) Applicant: **Dongliang Lei**, Yongzhou (CN)

(72) Inventor: **Dongliang Lei**, Yongzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/726,203**

(22) Filed: **Mar. 2, 2020**

(51) **LOC (12) Cl.** .............................................. 04-99
(52) **U.S. Cl.**
 USPC .................................................... **D4/118**
(58) **Field of Classification Search**
 USPC ......... D4/114–119, 122, 137, 132, 120, 121,
  D4/138, 128, 131, 136, 133, 134, 135,
  D4/123, 127, 130, 199, 101; D32/15, 40;
  D28/7, 45, 50, 76
 CPC ........... A46B 5/02; A46B 5/021; A46B 5/023;
  A46B 5/025; A46B 5/026; A46B 7/06;
  A46B 7/10; A47J 45/00; A47J 45/06;
  A47J 45/061; A47J 45/07; A47J 45/071;
  B25G 1/00; B25G 1/005; B25G 1/10;
  B25G 1/102; B25G 1/105; B26B 1/10;
  Y10S 16/12; Y10S 16/19; Y10T 16/446;
  Y10T 16/469; Y10T 16/476; A47L 25/00;
  A47L 25/005; A47L 25/08; B08B 1/00;
  B08B 1/04; B08B 7/0028; B05C 17/02;
  B05C 17/0205; B05C 17/0217; B05C
  17/0222; B05C 17/0225
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,040,352 | A | * | 6/1962 | Vian | A47L 25/005 15/104.002 |
| 3,363,276 | A | * | 1/1968 | Thomas, Jr. | A47L 25/005 15/105 |
| 4,361,923 | A | * | 12/1982 | McKay | A47L 25/005 15/104.002 |
| 4,422,201 | A | * | 12/1983 | McKay | A47L 25/005 15/104.002 |
| D292,650 | S | * | 11/1987 | Schmitz | D3/200 |
| D308,734 | S | * | 6/1990 | Markovich | D28/7 |
| D309,376 | S | * | 7/1990 | Kiesz | D4/122 |
| D309,378 | S | * | 7/1990 | Kiesz | D4/121 |
| D313,088 | S | * | 12/1990 | Her | D2/642 |
| 5,027,465 | A | * | 7/1991 | McKay | A47L 25/005 15/104.002 |
| D403,820 | S | * | 1/1999 | Chang | D32/40 |
| D554,375 | S | * | 11/2007 | Gunjian | D4/128 |
| D654,699 | S | * | 2/2012 | Ross | D4/116 |
| D674,611 | S | | 1/2013 | Gullatt | |
| 8,763,190 | B2 | * | 7/2014 | Ross | A47L 13/00 15/104.001 |
| D733,434 | S | * | 7/2015 | Miwa | D4/122 |
| D758,741 | S | * | 6/2016 | Sussman | D32/46 |
| D826,571 | S | | 8/2018 | Wang | |
| D835,016 | S | | 12/2018 | Suesse | |
| D858,998 | S | * | 9/2019 | Zhang | D4/122 |
| 2016/0120392 | A1 | * | 5/2016 | Jang | A47L 25/08 15/104.002 |

(Continued)

*Primary Examiner* — Michelle E. Wilson

(57) **CLAIM**

The ornamental design for a lint remover, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a lint remover showing my new design;
FIG. **2** is another perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof; and,
FIG. **9** is an enlarged view of portion **9** shown in FIG. **1**.

**1 Claim, 9 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

2018/0028046 A1*  2/2018  Macca ................... A46B 9/023
2019/0246783 A1*  8/2019  Allen-Gipson ...... A46B 13/001

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9