# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1 2

EPAS ID: PAT6734471

| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DONGLIANG LEI | 05/24/2021 |

**RECEIVING PARTY DATA**

| Name: | SHENZHEN LEIPENGDA TECHNOLOGY CO., LTD. |
|---|---|
| Street Address: | ROOM 605, BUILDING G, LONGJING TECHNOLOGY PARK, NO. 335 BULONG ROAD, MA'ANTANG COMMUNITY, BANTIAN STREET, LONGGANG DISTRICT |
| City: | SHENZHEN |
| State/Country: | CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 29726203 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Email:** info@zanip.co  
**Correspondent Name:** JIE YANG  
**Address Line 1:** P. O. BOX 30 PAINTED POST  
**Address Line 4:** NY, NEW YORK 14870

| **ATTORNEY DOCKET NUMBER:** | WL-US-ID-0062 |
|---|---|
| **NAME OF SUBMITTER:** | JIE YANG |
| **SIGNATURE:** | /JIE YANG/ |
| **DATE SIGNED:** | 05/27/2021 |

**Total Attachments: 1**  
source=ScanAssignmentWLUSID0062#page1.tit

EXHIBIT H

# ASSIGNMENT BY INVENTOR($) OF U.S. PATENT APPLICATION

| Attorney Dod<.et Number | WI-US-ID-0062 |
|---|---|
| Title of Invention | LINT REMOVER |

WHEREAS, I believe tha! I am the original inventor or an original joint inventor (referred to as ASSIGNOR below) of a claimed invention In the application identified by the title above.

WHEREAS, Shenzhen leipengda Technology Co., Ltd.

having a postal address of Room 605, Building G, Longpng Technology Park, No. 335 Bu!ong Road, Ma'anlang Community. Bantian Street, Longgang District, Shenzhen

(referred to as ASSIGNEE below) deslres to acqu;re the e11tire right, !i!le,. and interest in and to the same in the Unlted States;

NOW, THEREFORE, for good and valuable (.,–OnsideraHon, the receipt and adequacy of whlch is hereby acknowledged, ASSIGNOR, by these presents do,es sell, assign and transfer unto ASSIGNEE. the entire right, title, and interest In and to said invention and application throughout the United States of Amerfoa, including any and all patents granted on any division, continuation, continuat,on-In·part, reexamination, and i-eisstie of said appl1ca!ion, whether grnnted in an mi!iai or supplemenl-a! examination threat

ASSIGNOR hereby agrees lo execute any documents that legally may be required in connect!on with the filing, prosecution ai;d maimenance of said application or any other paient applications in the United States for said invention, including additional documents !hat may be required to affirm the rights of ASSIGNEE in and to said invention and application, all without further consideration. ASSIGNOR also agrees, without further consideration and at ASSIGNEE's e)(pense, to identify and communicate to ASSIGNEE at ASSIGNEE's request documents and infonnation concerning the Invention that are within ASSIGNOR's possession or control, and to provide further assurances and testimony oo behalf of ASSIGNEE that lawfully may be required of ASSIGNOR in respect of the prosecution, maintenance and defense of any patent application or patent encompassed within the tem1s of this instrument. ASSIGNOR's obligations under this instrument shal! extend to ASSIGNOR's heirs, executors, administrators and other legal representatives.

ASSIGNOR hereby authorizes and requests the Comrrnssioner of Patents and Trademarks to issue any and all patents referred to ab(lve to ASSIGNEE, as the i\SSIGNEE of the entire right, title and Interest in and to the same, for ASSIGNEE's sole use and behoof; and for the use and behoof of ASSIGNEE's legal representatives and successors, to the full end of the term fur which such patent may be granted, as fully and entirely as the same would t1ave been held by ASSIGNOR had this assignment and sale not been made.

ASSIGNOR aulhorizes Practitioners associated with the Customer Number 161628 to insert or complete any information in this document needed to effect its record:a! in the U.S, Patent and Trademark Office and to record the same.

LEGAL NAME OF ASSIGNOR

Ass;g,lor: Dongliang Lei                     Date: 05/24/2021

Signature: D o n o fi'tJJl le l

PAGE 1 OF 1

RECORDED: 05/27/2021

**PATENT
REEL: 056378 FRAME: 0780**