# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe

    Plaintiff,

v.

Case No.: 1:22−cv−04925

Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 27, 2023:

    MINUTE entry before the Honorable Gabriel A. Fuentes: In−person and telephonic hearing held on plaintiff Uproot Lint's emergency motion to compel (doc. #[153]). For the reasons stated on the record, Uproot Lint's motion is denied as moot without prejudice. The fact discovery deadline is extended to 6/2/23 by agreement. The parties are directed to confer under Local Rule 37.2 and submit a written joint status report by noon on 6/1/23 concerning discovery progress. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.