# EXHIBIT 1



**Daliah Saper**     Tue, May 2, 1:03 PM (2 days ago)
to Wesley, Brandon, me

Wes,
What is the status of your written discovery responses?
When will the deposition take place?
As a reminder, I am not available May 7-17.
Thank you,
Daliah

--
Daliah Saper
312.527.4100
www.saperlaw.com

**Get to know Saper Law
**Book Daliah Saper

Sent with Mixmax






**Daliah Saper**     Wed, May 3, 7:32 PM (21 hours ago)
to Wesley, me, Brandon

Wes,

I'm not sure why it takes so many emails to get a response from you.

What is the status of the deposition and written discovery?

Thank you,
Daliah


