## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe

                        Plaintiff,

v.                                                        Case No.: 1:22−cv−04925

                                                                          Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 8, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on plaintiff Uproot Lint's second emergency motion to compel (doc. #[158]). For the reasons stated on the record, Uproot Lint's motion is entered and continued. The parties are directed to submit a written joint status report by noon on 5/18/23 concerning progress on the scheduling of 30(b)(6) depositions. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.