IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>       Defendants. | Case No. 22-cv-4925<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Gabriel A. Fuentes** |

## NOTICE OF EMERGENCY MOTION

PLEASE TAKE NOTICE that on June 8, 2023 at 9:30 AM or as soon thereafter as counsel may be heard, counsel for Plaintiff in the above-captioned action shall appear before the Honorable Jorge L. Alonso or any judge sitting in his stead, in Courtroom 1903 of the Everett McKinley Dirksen U.S. Courthouse, U.S. District Court for the Northern District of Illinois (Eastern Division), 219 S. Dearborn Street, Chicago, Illinois 60604. Counsel for Plaintiff shall at said time present Plaintiff's Emergency Motion for Sanctions and Default (Dkt. No. 170), filed on June 7, 2023.

Date: June 7, 2023

Respectfully submitted,

/s/ DALIAH SAPER
BRANDON BEYMER (ARDC NO. 6332454)
BRANDON CAMPILLO (ADDC NO. 6338787)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
BCAMPILLO@SAPERLAW.COM
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM

**ATTORNEYS FOR UPROOT LINT, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will serve a copy of this Notice of Motion on Defendants' counsel via email.

/s/ Brandon Campillo