IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>       Defendants. | Case No. 22-cv-4925<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Gabriel A. Fuentes** |

### MOTION TO STAY DISCOVERY PENDING DETERMINATION ON PLAINTIFF'S MOTION FOR SANCTIONS AND DEFAULT

NOW COMES Plaintiff, JOHN DOE, and moves this Court to stay expedited discovery pending this Court's ruling on Plaintiff's Emergency Motion for Sanctions and Default (Dkt. 170). Plaintiff appeared before the Honorable Judge Alonso on June 8, 2023 to present its Motion, seeking remedies that were not within the authority of the Magistrate Judge. Plaintiff fashioned the Motion as an Emergency Motion due to the imminence of the firm oral discovery deadline of June 9, 2023. Judge Alonso referred the motion back to Your Honor for a ruling.

For the reasons outlined in detail in Plaintiff's Emergency Motion, it is impossible for Plaintiff to conduct the oral deposition. More egregiously, Defendants have not yet produced any formal response to the written discovery necessary to conduct this deposition. Accordingly, Plaintiff seeks a stay on the outstanding discovery until a ruling on its Emergency Motion for Sanction and Default is entered.

Date: June 8, 2023                                                    Respectfully submitted,

/s/Daliah Saper
DALIAH SAPER (ARDC NO. 6283932)
Brandon Campillo (ARDC No. 6338787)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
DS@SAPERLAW.COM
BCAMPILLO@SAPERLAW.COM

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to the e-mail addresses provided for Defendants by third parties.

*/s/ Daliah Saper*

Daliah Saper