# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe

    Plaintiff,

v.    Case No.: 1:22−cv−04925

    Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 9, 2023:

  MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's motion to stay expedited discovery (doc. #[176]) as to defendant nos. 138, 190 and 252 is before the magistrate judge, with such discovery referred to the magistrate judge (doc. #[112]), and with such discovery set to close on 6/15/23 (doc. #[167]). It is apparent to the magistrate judge that the expedited discovery, if not stayed or suspended, is very likely to close on 6/15/23 and thus before resolution of plaintiff's pending motion for sanctions and default (#[170]). In the interest of promoting a just resolution of this matter, Fed. R. Civ. P. 1, the Court provisionally grants the motion to stay (doc. #[176]) without eliciting time for an objection by defendant nos. 139, 190, and 252, for the sake of efficiency, but if those defendants file an objection by 5 p.m. on 6/12/23, the Court will re−open the stay motion for further consideration of the objection. If no objection is filed, the suspension of the 6/15/23 cutoff for expedited discovery will take effect at 5:01 p.m. on 6/12/23 without further court order. In addition, no Rule 30(b)(6) deposition need take place today, in light of this order. Further, the Court has reviewed plaintiff's bill of fees and costs ordered per the Court's 5/18/23 sanctions order (doc. #[163]) and orders defendant nos. 138, 190 and 252 to pay, to Saper Law Offices, the sum of $2,250 (the stated fees for the Second Emergency Motion to Compel, less the 3% credit card fee) by 5 p.m. on 6/16/23. The earlier−set 6/20/23 joint written status report is vacated as the magistrate judge awaits district court action concerning the sanctions and default motion. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.