UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Doe

          Plaintiff,

v.

Case No.: 1:22−cv−04925

Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's motion for immediate consideration of its motion for sanctions and default (doc. #[184]) is denied, as immediate resolution is not feasible under the circumstances, which include the need to consider carefully the extreme nature of the default sanction sought by plaintiff. Nonetheless, in the absence of any response (which was due on 6/22/23 by court order and has not been filed) from defendants or their counsel Wesley Johnson (from whom sanctions also are sought), plaintiff is relieved from filing a reply, and the Court will take the sanctions and default motion (doc. #[170]) under advisement. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.