**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 22-cv-4925<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Gabriel A. Fuentes** |

**MOTION TO INCLUDE DEFENDANTS TO
PLAINTIFF'S MOTION FOR DEFAULT AND SANCTIONS**

NOW COMES Plaintiff, UPROOT LINT, LLC, by and through its attorneys, SAPER LAW OFFICES, LLC, and moves this Court to include Defendants Tailaen (Doe. #174) and Feenwsy (Doe. #201) (the "Defendants") to Plaintiff's June 7, 2023 Emergency Motion for Sanctions and Default (Dkt. 170) (the "Motion"). In support of this motion, Plaintiff states as follows:

Defendants' counsel, Wes Johnson, represents the five remaining defendants in this matter, three being the subject of the original Motion Defendants Does #138 (OJJ-LL), #190 (KEHOO), #252 (ILAIQKOLLC) and the two Defendants now sought to be included, Doe #174 (Tailaen) and Doe #201 (Feenwsy). Defendants' counsel has represented these five Defendants, collectively and at times as a unitary unit, for the duration of the case. Specifically, on multiple occasions attorney Johnson communicated on behalf of these five defendants and sought settlement for these defendants collectively. Further, when attorney Johnson initiated discovery requests to Plaintiff, he sent those requests on behalf of all five defendants collectively.

1

Plaintiff did not initially name the Defendants, Doe #174 (Tailaen) and Doe #201 (Feenwsy), in Plaintiff's original Motion because these Defendants did not file the Combined Opposition to Motion for Preliminary Injunction and Motion to Dissolve Temporary Restraining Order (Dkt. 41). However, despite its efforts in this case Plaintiff has been unable to engage with these Defendants to set a discovery conference pursuant to Fed. R. Civ. 26(f). Further, Attorney Johnson confirmed on July 5, 2023 in a communication with Plaintiff's counsel, that he has received no communication from Defendants, as they have ostensibly decided to ignore the litigation. It was further communicated to attorney Johnson that Plaintiff would proceed with this Motion to Include Defendants if Plaintiff did not promptly receive a response from these Defendants. Plaintiff has received no response from these Defendants and has not received any indication from attorney Johnson that they intend on responding or engaging in this litigation process.

Plaintiff therefore submits that including these Defendants in its Motion is appropriate because the conduct that is the basis for the sanctions sought as to the three named defendants is paralleled by these two Defendants. Moreover, these five defendants are the only remaining defendants in this proceeding. Including these Defendants to Plaintiff's Motion would limit further prejudice to Plaintiff.

WHEREFORE, Plaintiff respectfully requests this Honorable Court include the Defendants as parties to Plaintiff's Motion.

Date: July 6, 2023

Respectfully submitted,

/S/DALIAH SAPER
DALIAH SAPER (ARDC NO. 6283932)
Brandon Campillo (ARDC No. 6338787)
SAPER LAW OFFICES, LLC

505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
DS@SAPERLAW.COM
BCAMPILLO@SAPERLAW.COM

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will serve a copy of this Motion on Defendants' counsel via email.

                                                                     */s/ Daliah Saper*
                                                                      Daliah Saper