**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

John Doe

                                    Plaintiff,

v.                                            Case No.:
                                           1:22−cv−04925

                                           Honorable Jorge L.
                                           Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: For the sake of clarity, by virtue of the magistrate judge's 7/7/23 order (doc. #[193]), the plaintiff Uproot Lint's motion to compel payment of sanctions award (doc. #[181]), which was not opposed, is granted. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.