UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Doe

Plaintiff,

v.

Case No.: 1:22−cv−04925

Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record Defendants' Joint motion for substitution of counsel [209] is granted. Attorney Erin K. Russell is given leave to file an appearance on behalf of Defendants 107 (xiaohuolu), 112 (qiweikongjian); 134 (dalangchao), 143 (zhileju), 154 (Animusphere), 164 (NailTools−Store), 177 (rongdekeji), 180 (LINDPS Clean), 191 (SOCCSO), 195 (elemsy), 200 (penglewenhua), 211 (SOCCSOuproot), 226 (LINTPLUS), 235 (Shenzhen Chuchu Trading Company), 243 (Master−Ed), and 247 (Tikfoam Store). Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.