IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:22-cv-4925 ) |
| The Partnerships, et al., | ) ) ) |
| Defendants. | ) Hon. Jorge L. Alonso ) Magistrate Judge Gabriel A. Fuentes |

## DECLARATION OF WESLEY E. JOHNSON

I, Wesley E. Johnson, having personal knowledge of the matters set forth below, declare under penalty of perjury that the following is true and correct:

1. My name is Wesley Johnson.

2. I am a citizen of the United States of America.

3. I am over the age of 18 and competent to give this Declaration and to testify about the facts set forth herein. I have never been convicted of a felony or any crime of moral turpitude.

4. The statements made herein are based on my personal knowledge.

5. I am an attorney licensed to practice in the State of Illinois and admitted to practice in the United States District Court for the Northern District of Illinois.

6. At all times relevant to this Declaration I was counsel for the Moving Defendants referenced in the Motion to Vacate Default Judgment filed contemporaneously with this Declaration.

7. During the representation I did not communicate directly with Moving Defendants

because I do not speak Chinese. All communication was accomplished via a professional intermediary.

8. A motion for default judgment was filed against Moving Defendants on April 21, 2023. A default judgment was entered by the Court against Moving Defendants on April 27, 2023.

9. Prior to entry of the default judgment I had been involved in good faith settlement negotiations with Plaintiff on behalf of Moving Defendants.

10. Prior to entry of the default judgment my communications with the intermediary caused me to believe that Moving Defendants did not need to be notified of the filing of the motion for default judgment or of the entry of the default judgment.

11. As such, I did not communicate the filing of the motion for default judgment or the entry of the default judgment to the Moving Defendants.

12. I have since come to learn that there was a miscommunication between the professional intermediary and me.

13. The substance of the miscommunication is subject to the attorney-client privilege.

14. It is my opinion that Moving Defendants did not act willfully, carelessly, or negligently resulting in entry of the default judgment.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 6, 2023, in the State of Illinois.

_____
Wesley Johnson